## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELAVON, INC.<br><br>Plaintiff,<br><br>v.<br><br>NORTHEAST ADVANCE TECHNOLOGIES, INC., SAMUEL BRACH, JOSHUA BRACH, ELIEZER KOHEN, ESTEBAN CASTILLO, JOEL FRIEDMAN, RIVKY FRIEDMAN, SILVERSTONE WIRELESS, LLC d/b/a J R CLOSEOUTS, MOSHE KESTENBAUM, JOEL FRIEDLANDER, MENACHEM WEISS, HINDY WEISS, CUBITAC CORP., JOSEPH RUBIN, DOVID KAPLAN, JOSHUA WEIDER, HAVA REICHMAN, ALEX LOWY, D-TECH MANAGEMENT COMPANY INC., JOHN DOES 1-50 and ABC COMPANIES 1-50,<br><br>Defendants. | Civil Action No.: 7:15-cv-7985-KMK-PED<br><br>**MEMO ENDORSED**<br><br>**NOTICE OF MOTION FOR PARTIAL REARGUMENT** |

To:   All Counsel of Record

**PLEASE TAKE NOTICE** that counsel for plaintiff Elavon, Inc. ("Elavon"), on a date and at a time to be set by the Court, shall move the Court to revise the Order entered on November 21, 2019 (the "Motion");

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, Elavon will rely on the accompanying memorandum of law and Declaration of Daniel Ginzburg.

Dated: December 5, 2019

                            **THE GINZBURG LAW FIRM, P.C.**

                            /s/ *Daniel Ginzburg*
                            By:    Daniel Ginzburg
                            Mailing Address
                            151 Highway 516, Unit 736
                            Old Bridge, New Jersey 08857
                            (732) 284-3841 (tel)
                            *Counsel to Plaintiff Elavon, Inc.*

> Denied. Plaintiff raises nothing new in its Motion for Reargument, and Plaintiff's original motions for reconsideration and to amend have already been decided by the Court. Plaintiff must submit its Third Amended Complaint by no later than January 20, 2020 and must include all claims it intends to bring therein.
>
> So ordered,
> /s/ MTK
> 12/18/2019

2