USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/16/20

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Civil Action No.: 7:15-cv-7985-KMK-PED

ELAVON, INC.

Plaintiff,

v.

NORTHEAST ADVANCE TECHNOLOGIES, INC.,
SAMUEL BRACH, JOSHUA BRACH, ESTEBAN
CASTILLO, JOEL FRIEDMAN, RIVKY
FRIEDMAN,

Defendants.

**ORDER DIRECTING NON-PARTY BANK OF AMERICA, N.A. TO RESPOND TO PLAINTIFF'S SUBPOENA FOR DOCUMENTS AND TESTIMONY**

Upon the application of plaintiff Elavon, Inc. ("Elavon") for an Order (the "Application") directing non-party Bank of America, N.A. ("BANA") to comply with a duly-served Subpoena to Testify At a Deposition In a Civil Action (the "Subpoena"), and upon review of the submissions of counsel in support thereof, and good cause otherwise appearing, it is hereby

**ORDERED** that Elavon's Application is **GRANTED**; and it is

**FURTHER ORDERED** that, within __14__ days of service of this Order, BANA shall direct its counsel to confer with Elavon's counsel concerning its response to the Subpoena, *or shall show cause, in writing, why Elavon's Subpoena should not be so enforced;* and it is

**FURTHER ORDERED** that service of this Order shall be made by mailing a copy hereof to BANA's registered agent and by hand delivery to any BANA branch office.

_____
PAUL E. DAVISON
United States Magistrate Judge

Dated: 7/16/20