UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELAVON, INC., <br><br>                          Plaintiff, <br><br>                v. <br><br> NORTHEAST ADVANCE TECHNOLOGIES INC. ET AL, <br><br>                         Defendants. | 15-CV-07985 (KMK) <br><br> ORDER |

KENNETH M. KARAS, United States District Judge:

      In October 2015, Elavon, Inc. ("Plaintiff") filed a Third Amended Complaint ("TAC") against Northeast Advance Technologies, Inc. ("Northeast"), Samuel Brach ("Sam"), Joshua Brach ("Joshua" and, with Sam, the "Brachs"), Esteban Castillo ("Castillo"), Joel Friedman ("Joel"), and Rivky Friedman ("Rivky") alleging breach of contract, breach of guaranty, fraud, and fraud in the inducement.  (Dkt. No. 300, TAC.)  On July 20, 2020, Plaintiff filed a Motion To Disqualify (the "Motion")  the firm of Cohen, LaBarbera and Landrigan LLP ("CLL") from further participation in this litigation.  On July 29, 2020, Defendants filed an opposition to the Motion.  (Dkt. No. 371.)  On August 3, 2020, Plaintiff filed a reply memorandum of law.  Plaintiff and Defendants redacted portions of the above-mentioned briefing without seeking permission of the Court to do so.  The Court requests that the parties each file letters on the docket with an explanation as to why such content must be redacted under *Lugosch v. Pyramid Co. of Onondaga* and other Second Circuit precedent.  435 F.3d 110, 119-20 (2d Cir. 2006).

      This Court also orders that Defendants file on the docket copies of the Waivers of Conflict referenced in Defendants' opposition papers.  (Dkt. No. 378.)

      SO ORDERED.

Dated:   December 9, 2020
         White Plains, New York

                                                    KENNETH M. KARAS
                                          United States District Judge