UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELAVON, INC.,<br><br>                       Plaintiff,<br><br>            v.<br><br>NORTHEAST ADVANCE TECHNOLOGIES INC. ET AL,<br><br>                      Defendants. | 15-CV-07985 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

    For the reasons stated on the record at the Oral Argument on February 9, 2021, the Court denies Plaintiff's Motion To Disqualify. The Clerk of Court is respectfully requested to terminate the pending Motion. (Dkt. No. 363.)

    SO ORDERED.

Dated:   February 9, 2021
            White Plains, New York

                                                      KENNETH M. KARAS
                                                      United States District Judge