# THE SILBER LAW FIRM, LLC
11 BROADWAY • SUITE 715
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 765-4567
FACSIMILE: (212) 504-8165

December 24, 2020

Hon. Kenneth M. Karas
United States District Court
 Southern District of New York     **MEMO ENDORSEMENT**
300 Quarropas Street
White Plains, New York  10601-4150

        Re:    *Elavon, Inc. v. Northeast Advance Technologies, Inc., et al.*
                Civ. Action No. 15-cv-7985(KMK)(PED)

Dear Judge Karas:

      This Firm represents defendants Joel and Rivky Friedman in this case.

      Earlier, I filed Objections to the December 10, 2020, Memorandum and Order of Magistrate Judge Paul E. Davison.  (Dkt. No. 413)  Further to the Objections, I submit this letter motion seeking a stay of the discovery that is the subject of the Objections—addressed to communications between the Friedmans and non-party Transmedia Payment Services, Ltd. ("Transmedia").

      The claims at issue involve claims of privilege.  Therefore, the Court should stay enforcement of and compliance with the Order and a subsequent subpoena served by plaintiff Elavon, Inc., upon Transmedia pending a determination of the Objections.  As the Second Circuit has recognized in analogous circumstances, "timing matters" as "[o]nce the 'cat is out of the bag,' the right against disclosure cannot later be vindicated." *In re Roman Catholic Diocese of Albany, New York*, 745 F.3d 30, 36 (2014) (*quoting S.E.C. v. Rajaratnam*, 622 F.3d 159, 170 (2d Cir. 2010)) (original emphasis).  As a result, the court issued a writ of mandamus to prevent the disclosure of confidential reports claimed to fall within the law-enforcement privilege since the petitioning parties would have no other adequate means to attain relief, as "a remedy after final judgment cannot unsay the confidential information that has been revealed." *In re Roman Catholic Diocese of Albany, New York*, 745 F.3d at 36 (*quoting In re The City of New York*, 607 F.3d 923, 934 (2d Cir.2010)).  The same reasoning warrants the issuance of a stay here.  Once communications and documents exchanged among counsel and Transmedia are disclosed, there is no going back.

THE SILBER LAW FIRM, LLC

Hon. Kenneth M. Karas<br>
December 24, 2020<br>
Page 2

  Accordingly, this letter motion for a stay pending the determination of the Friedmans' Objections should be granted.

  Thank you.

Respectfully submitted,<br>
<br>
Meyer Y. Silber

By ECF

The Court grants the stay pending the determination of the Friedmans' Objections.

White Plains, NY
April 22, 2021

SO ORDERED

KENNETH M. KARAS U.S.D.J.