UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Elavon, Inc.,

                Plaintiff(s),           15-CV-07985 (KMK)

  -v-

                                              CALENDAR NOTICE

Northeast Advance Technologies Inc.,

                Defendant(s).
-------------------------------------------------------X

        Please take notice that the above captioned action has been scheduled for oral argument on the Objections to Magistrate Davison's MEMORANDUM AND ORDER before the Honorable Kenneth M. Karas, United States District Judge, on Wednesday June 30, 2021 at 10:30 a.m.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number at the designated time:

Meeting Dial-In Number (USA toll-free): (888) 363-4749   Access Code: 7702195
Please enter the conference as a guest by pressing the pound sign (#).

Dated: June 9, 2021
       White Plains, New York

                                                So Ordered

                                              Kenneth M. Karas, U.S.D.J.