USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/17/21

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELAVON, INC.<br><br>Plaintiff,<br><br>v.<br><br>NORTHEAST ADVANCE TECHNOLOGIES, INC., SAMUEL BRACH, JOSHUA BRACH, ESTEBAN CASTILLO, JOEL FRIEDMAN, RIVKY FRIEDMAN,<br><br>Defendants. | Civil Action No.: 7:15-cv-7985-KMK-PED<br><br>**ORDER DIRECTING NON-PARTIES JERUSALEM SHROUDS LLC AND THE PILLARSTONE GROUP, INC. TO COMPLY WITH SUBPOENAS** |

Upon the application of plaintiff Elavon, Inc. ("Elavon") for an Order (the "Application") directing non-party Jerusalem Shrouds LLC ("Jerusalem Shrouds) and non-party The Pillarstone Group, Inc. ("Pillarstone") to comply with duly-served Subpoenas to Testify At a Deposition In a Civil Action (the "Subpoenas"), and upon review of the submissions of counsel in support thereof, and good cause otherwise appearing, it is hereby

**ORDERED** that Elavon's Application is **GRANTED**; and it is

**FURTHER ORDERED** that, within ____14____ days of service of this Order together with a copy of the Subpoena served upon Jerusalem Shrouds earlier, Jerusalem Shrouds shall contact, or shall direct its counsel to confer with, Elavon's counsel concerning its compliance with the Subpoena; and it is

**FURTHER ORDERED** that, within ____14____ days of service of this Order together with a copy of the Subpoena served upon Pillarstone earlier, Pillarstone shall contact, or shall direct its counsel to confer with, Elavon's counsel concerning its compliance with the Subpoena; and it is

**FURTHER ORDERED** that service of this Order shall be made by personal service upon any principal, agent (other than the New York Secretary of State) or owner of Jerusalem Shrouds and Pillarstone.

**IT IS SO ORDERED.**

PAUL E. DAVISON
United States Magistrate Judge

Dated: 6/17/21

Clerk shall close Dkt. # 439.

2