UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELAVON, INC., <br><br> Plaintiff, <br><br> v. <br><br> NORTHEAST ADVANCE TECHNOLOGIES INC. ET AL, <br><br> Defendants. | 15-CV-07985 (KMK) <br><br> ORDER |

KENNETH M. KARAS, United States District Judge:

For the reasons stated on the record at the Oral Argument on June 30, 2021, the Court overrules the Freidman Defendants objections and adopts Magistrate Judge Davison's Memorandum and Order dated December 10, 2020 in its entirety. (Dkt. No. 408.) The Court lifts the current stay so that discovery may proceed consistent with this Order.

SO ORDERED.

Dated: June 30, 2021
White Plains, New York

KENNETH M. KARAS
United States District Judge