# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge

July 19, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Elavon, Inc.

       Plaintiff,

*- against -*

Northeast Advance Technologies Inc. et al

       Defendants.

# SCHEDULING ORDER

7:15-cv-07985-KMK-PED

TO ALL PARTIES:

  The in person conference scheduled for **July 22, 2021 at 11:00 a.m.** before the

Hon. Paul E. Davison, U.S.M.J., is **changed to a video/telephone conference on the same date and time.** All parties will call in to **877-336-1839** and use access code **5999739**. In addition, a video link on the Teams platform will also be provided to counsel. Any other party wishing to join the video link should contact chambers at 914-390-4250. All parties who will not be speaking should mute their telephones.

**NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE IMMEDIATELY!**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Jul 19, 2021**

SO ORDERED:

*[signature]*

Hon. Paul E. Davison
United States Magistrate Judge

Jul 19, 2021