# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

| |
|---|
| USDC SDNY |
| Document |
| Electronically Filed |
| Doc # _____ |
| Date Filed:  September 21, 2021 |

United States District Court
Southern District of New York

---------------------------------------------------------X

United States of America,

                       Plaintiff                         **SCHEDULING ORDER**

       -against-                          7:15-cv-07985-KMK-PED

Elavon , Inc. v Northeast Advance Technologies, et al
                                  Defendant

---------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a conference to address the motion filed at doc #457 for 9/30/2021 at 10 am before Magistrate Judge Paul E. Davison.  Counsel will be provided with a Teams link for the video portion of the conference.  In addition, on a separate phone line counsel should call 877-336-1839 and use access code 5999739.  Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated:  9/21/2021
       White Plains, New York

                                  SO ORDERED:

                                  s/       PED
                                _____

                                PAUL E. DAVISON
                                United States Magistrate Judge