

MEMO ENDORSED

**Daniel Ginzburg**
P: (732) 284-3841
F: (732) 702-6107
daniel@ginzburglawfirm.com
Admitted to NJ and NY Bars

September 27, 2021

**VIA ELECTRONIC FILING**
Hon. Kenneth M. Karas, U.S.D.J.
The Hon. Charles L. Brieant Jr. Federal Building
300 Quarropas Street
White Plains, NY 10601-4150

    Re:    *Elavon, Inc. v. Northeast Advance Techs., Inc., et al.*
            Civil Action No. 7:15-cv-7985-KMK-PED

Dear Judge Karas:

    My firm represents plaintiff Elavon, Inc. ("Elavon") in the above-referenced action. I write with the consent of all counsel to request that the Court adjourn the Status and Pre-Motion Conference set for October 12, 2021 at 11:30 a.m. to a date in the latter half of December.

    Counsel last appeared before Your Honor on June 30, 2021. On that date, the Court resolved an objection to a ruling by the Honorable Paul E. Davison, U.S.M.J., and the parties believed that they could have discovery concluded by the end of September. Due to a combination of events, however, including delays in production, additional applications to Magistrate Judge Davison, and the number of Jewish holidays in September, the parties have been unable to proceed with the speed they envisioned. As a result, we respectfully request that the Court adjourn the October 12 conference to a date in late December that is convenient to Your Honor.

Granted. The 10/12/21 conference is moved to 12/ 20 /21, at 10:00 This, however, is the last extension of any kind. Not one more day will be granted.

So Ordered.
9/27/21

Respectfully submitted,

/s/ Daniel Ginzburg

Daniel Ginzburg

Cc:    All Counsel of Record (via ECF)

**The Ginzburg Law Firm, P.C.**
Mailing Address
151 HIGHWAY 516, UNIT 736
OLD BRIDGE, NEW JERSEY 08857