UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Elavon, Inc.,
                               Plaintiff,

- against -

N.E. Advanced Techs,. Inc., et al.,
                               Defendants.

**ORDER**

15 Civ. 7985 (KMK) (PED)

**PAUL E. DAVISON, U.S.M.J.:**

    By letter dated September 3, 2021, plaintiff sought an order compelling production of unredacted versions of two email chains produced by non-party TransMedia Payment Services. [Dkt. 457.] Transmedia responded, throuugh counsel, by letter dated September 9, 2021. [Dkt. 458.] After a video hearing on September 30, 2021, this Court reserved decision on this issue pending an *in camera* inspection of the contested emails that had been proposed by Transmedia's counsel.

    The Court has now reviewed the emails chains *in camera*. Plaintiff's motion to compel production of unredacted versions of the emails is **GRANTED**, substantially for the reasons set forth in this Court's Memorandum and Order dated December 20, 2020, which addressed related privilege claims advanced by the Friedman defendants. [Dkt. 408.] Transmedia shall produce the unredacted email chains withing five business days of this Order.

Dated: October 14, 2021
       White Plains, New York

SO ORDERED

Paul E. Davison, U.S.M.J.