

# MEMO ENDORSED

**Daniel Ginzburg**
P: (732) 284-3841
F: (732) 702-6107
daniel@ginzburglawfirm.com
Admitted to NJ and NY Bars

October 30, 2021

**VIA ELECTRONIC FILING**
Hon. Kenneth M. Karas, U.S.D.J.
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building
300 Quarropas Street
White Plains, NY 10601-4150

    Re:    *Elavon, Inc. v. Northeast Advance Techs., Inc., et al.*
             **Civil Action No. 7:15-cv-7985-KMK-PED**

Dear Judge Karas:

    My firm represents plaintiff Elavon, Inc. ("Elavon") in the above-referenced action. I write to request the Court's leave to extend the deadline for Elavon to respond to the Objections of non-party TransMedia Payment Services, Ltd. ("TransMedia") to the Order of the Honorable Paul E. Davison, U.S.M.J. (ECF No. 473) (the "Objections"). TransMedia's counsel has kindly consented to this request.

    The present deadline to respond to the Objections is **November 4, 2021**. The reason for the request is that I have several motions due this coming week, as well as a party deposition in this action on November 4, 2021. Accordingly, I respectfully request an extension of one week, to **November 11, 2021**, for Elavon to submit its response. This is the first request for an extension of time.

    My client and I thank the Court for its consideration of this matter.

Granted.

So Ordered.

11/1/21

Respectfully submitted,

*/s/ Daniel Ginzburg*

Daniel Ginzburg

Cc:    All Counsel of Record (via ECF)

**The Ginzburg Law Firm, P.C.**
Mailing Address
151 HIGHWAY 516, UNIT 736
OLD BRIDGE, NEW JERSEY 08857