# EXHIBIT A

(CONFIDENTIAL DEPOSITION TRANSCRIPT OF HOLLY FRANKLIN)