# EXHIBIT 57

CONFIDENTIAL

COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------x
ELAVON, INC.,

Plaintiff,

Civ. Case No.
7:15-CV-7985(KMK)(PED)

-against-

NORTHEAST ADVANCE TECHNOLOGIES, INC.,
SAMUEL BRACH, JOSHUA BRACH, ESTEBAN
CASTILLO, JOEL FRIEDMAN and RIVKY FRIEDMAN,

Defendants.
-------------------------------------------x
November 15, 2021
10:05 a.m.

DEPOSITION of BRIAN BOYDEN, taken pursuant to Subpoena, held via Zoom videoconference, before Ellen Rubin, a Certified Shorthand Reporter and Notary Public within and for the State of New York.

* * * *

SANDY SAUNDERS REPORTING
254 South Main Street
Suite 216
New City, New York 10956
(845) 634-7561

- B. Boyden -

Q. What would you reach out to them for?

A. Usually, we reach out to them if there has been issues with loading cases or things of that nature, not how to decision a case.

Q. You mean mechanical problems, mechanical issues?

A. Yes.

Q. Got it.

Is it your understanding that Visa and MasterCard are the final rule makers for their rules?

A. Yes.

MR. GINZBURG: Object to form.

Q. And they are the final say on how those rules are interpreted and applied?

MR. GINZBURG: Object to form.

A. Yes.

Q. Mr. Boyden, were you asked at any time in the -- withdrawn.

Were you asked by anybody to collect documents in connection with this case?

A. I don't recall.

- B. Boyden -

Q. Thank you.
Does this document look familiar to you?
A. No, sir.
Q. Have you ever heard of a document or a program called ADRP?
A. Yes, sir.
Q. And to your mind, what does ADRP mean or what is it?
A. It's the Automated Dispute Resolution Process application that we use.
Q. Did you use it?
A. Yes, sir.
Q. Is this not something that looks familiar related to the ADRP system?
A. Yeah, it does. You asked about the document. I haven't seen the document, but what's in it is -- looks like it could be related to the ADRP system.
Q. If you could tell me -- on the right side there is a column. The last two letters of the column are ID. It seems to be S, as in Sam, U as in umbrella -- I'm sorry. Sam USER ID.

- B. Boyden -

Q. So if I can direct your attention to page 4 of this document. And it's Case No. 0996. I think the whole page is that or just about the whole thing.

Pretty much middle of the page, on June 3, 2015, 15.4.04, the second entry, it says "new document," some numbers, and it says "Type merch CORR received for case."

So, Mr. Boyden, is this what you were referring to earlier when a merchant is responding or is part of the process, this is the kind of entry we would see?

A. That's correct.

Q. And is it fair to say that ADRP holds the universe of documents and transactions and communications in connection with a chargeback?

A. Yes.

Q. Now, earlier, I believe you mentioned that there are times where, without a merchant response, the chargeback can be accepted and closed. I don't know if that's exactly your -- not verbatim, but that is what I recall you saying.