

**MEMO ENDORSED**

**Daniel Ginzburg**
P: (732) 284-3841
F: (732) 702-6107
daniel@ginzburglawfirm.com
Admitted to NJ and NY Bars

August 8, 2022

**VIA ECF**
Hon. Kenneth M. Karas, U.S.D.J.
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building
300 Quarropas Street
White Plains, NY 10601-4150

    Re:    *Elavon, Inc. v. Northeast Advance Techs., Inc., et al.*
              **Civil Action No. 7:15-cv-7985-KMK-PED**

Dear Judge Karas:

    My firm represents plaintiff Elavon, Inc. in the above-referenced action. I write to request a one-week extension of time to file opposition to the motion for summary judgment filed by defendants Joel Friedman and Rivky Friedman. This is the first request for an extension.

    The Friedman defendants, along with defendants Northeast Advance Technologies, Inc., Samuel Brach, Joshua Brach, and Esteban Castillo moved for summary judgment on June 30, 2022 (ECF 550 and 551). The response to both motions is due by August 15, 2022. At the time of the filing, however, I was about to begin a jury trial in New Jersey state court, followed by an out-of-state trip. As a result, I could not start work on the opposition to the two motions until the third week of July. I will be able to comply with the deadline for the Northeast defendants' motion, but respectfully request an extension until **August 22, 2022** to file the opposition to the Friedman defendants' motion. The Friedmans' counsel has kindly consented to the extension, and requested that their reply brief be due by **September 13, 2022**.

    Counsel and clients thank the Court for its attention to this matter.

**Granted. Date: 8/9/2022**

Respectfully submitted,

SO ORDERED
*/s/ Daniel Ginzburg*

KENNETH M. KARAS U.S.D.J.

Daniel Ginzburg

Cc:    All Counsel of Record (via ECF)

**The Ginzburg Law Firm, P.C.**
Mailing Address
151 HIGHWAY 516, UNIT 736
OLD BRIDGE, NEW JERSEY 08857