NORTHEAST ADVANCE TECHNOLOGIES - 8020611706 (Printed by Craig Troutman)



| No | Prj # | Date | Comment | Time | Code | Person | S |
|---|---|---|---|---|---|---|---|
| 1 | 00002 | 05/31/2011 | 05/31/11 DISC ORD | 15:10:14 | DT-2010 | AMP AEP | O |
| 2 | 00002 | 05/31/2011 | 05/31/11 DISC RCVD | 15:10:14 | DT-2030 | AMP AEP | O |
| 3 | 00002 | 05/31/2011 | 05/31/11 DISC ORD | 15:10:14 | DT-2010 | AMP AEP | C |
| 4 | 00002 | 05/31/2011 | 05/31/11 DISC RCVD | 15:10:14 | DT-2030 | AMP AEP | C |
| 5 | 00002 | 05/31/2011 | 05/31/11 DISC ORD | 15:10:14 | DT-2010 | AMP AEP | C |
| 6 | 00002 | 05/31/2011 | Exported from AEPWEB to ECLIPSE | 15:10:14 | L1-0001 | AMP AEP | O |
| 7 | 00002 | 05/31/2011 | 05/31/11 DISC ORD | 15:10:14 | DT-2010 | AMP AEP | C |
| 8 | 00002 | 05/31/2011 | 05/31/11 DISC RCVD | 15:10:14 | DT-2030 | AMP AEP | C |
| 9 | 00002 | 05/31/2011 | 05/31/11 DISC ORD | 15:10:14 | DT-2010 | AMP AEP | C |
| 10 | 00002 | 05/31/2011 | 05/31/11 DISC RCVD | 15:10:14 | DT-2030 | AMP AEP | C |
| 11 | 00002 | 05/31/2011 | 05/31/11 PLTS ORD | 15:10:14 | DT-0410 | AMP AEP | C |
| 12 | 00002 | 05/31/2011 | 05/31/11 DISC RCVD | 15:10:14 | DT-2030 | AMP AEP | C |
| 13 | 03000 | 05/31/2011 | Tearsheet printed on tearqueue3. Kit Type = 22. 2- Day Air. | 15:12:56 | DP-TP | AUTO SERVER | C |
| 14 | 00013 | 05/31/2011 | Plates Printed for NORTHEAST ADVANCE TECHNOLOGIE , CORNWALL NY ( Short 0 : Long 1 : Plastic 0 ) | 15:13:03 | DT-0420 | Deployment Tem S | C |
| 15 | 00002 | 05/31/2011 | Submitted to Amex | 15:30:36 | | AMEX | |
| 16 | 00002 | 05/31/2011 | Amex Approved SE Number 631*****79 | 16:15:15 | | AMEX | |
| 17 | 00001 | 05/31/2011 | The Discover SE# was forwarded to Discover via registration file | 22:02:40 | LO-0002 | DATASTAGE | C |
| 18 | 00001 | 06/01/2011 | Negative Match Received from Discover | 07:46:10 | LO-0002 | DATASTAGE | C |
| 19 | 00002 | 06/01/2011 | Log App out from Program | 10:46:49 | LO-0001 | Deborah Evans | C |
| 20 | 00002 | 06/01/2011 | Universal plate sent via US Mail | 10:46:49 | PL-SHIP | Deborah Evans | C |
| 21 | 1099 | 06/02/2011 | 271557453 - Name/TIN combination matches IRS | 18:07:54 | | DSTAGE | C |
| 22 | 00002 | 06/06/2011 | Verify Eclipse Records- Esteban received welcome letter, wanted to know what it was about. Explained letter and Elavon. Claims he isn't the owner and didn't sign anything, he's the manager. Gave msp number and will speak w boss regarding issues. | 19:18:29 | 602 | Josephine Loya | C |
| 23 | 00002 | 06/29/2011 | Monthly Limit changed from 67500.00 to 30077.00 | 16:06:15 | AU-9999 | Crystal Middlet | C |
| 24 | ARMS | 06/30/2011 | ADD NOTE: DNF OVERRIDE APPROVED BY ERIC WOODS 6/30/11 | 15:55:27 | ARMS | Crystal Middleto | C |
| 25 | | 08/04/2011 | FUNDING DELAYED for Loss Prevention Review, please forward all inquiries to Loss Prevention. (04-AUG-11: Batch 7, USD 16,141.00) Total for Review: USD 16,141.00 | 16:23:29 | ARMSBATC | ARMSBATCH | |
| 26 | 00002 | 08/05/2011 | Monthly Limit changed from 30077.00 to 67500.00 | 11:36:01 | AU-9999 | Nichole McCoy | C |
| 27 | ARMS | 08/05/2011 | FUNDING RELEASED: Nichole McCoy Loss Prevention review completed. Handle calls accordingly. Batch Released - (04-Aug-11: Batch 7, USD16,141.00) Total for Release: USD16,141.00 | 11:42:43 | ARMS | Laura Conyers | C |
| 28 | 00002 | 08/08/2011 | Card Types Shaindy msp with Miriam, amex is one point/ with one statment | 13:19:31 | 170 | Mandy G. Ericks | C |
| 29 | | 08/12/2011 | FUNDING DELAYED for Loss Prevention Review, please forward all inquiries to Loss Prevention. (12-AUG-11: Batch 9, USD 17,050.00) Total for Review: USD 17,050.00 | 16:22:11 | ARMSBATC | ARMSBATCH | |
| 30 | | 08/15/2011 | FUNDING DELAYED for Loss Prevention Review, please forward all inquiries to Loss Prevention. (15-AUG-11: Batch 10, USD 1,390.50) Total for Review: USD 1,390.50 | 15:21:59 | ARMSBATC | ARMSBATCH | |
| 31 | 00002 | 08/15/2011 | Monthly Limit changed from 67500.00 to 100000.00 | 16:49:45 | AU-9999 | Kate Rupley | C |
| 32 | 00002 | 08/16/2011 | Monthly Limit changed from 100000.00 to 92500.00 | 16:09:30 | AU-9999 | Melissa Campbel | C |
| 33 | ARMS | 08/16/2011 | FUNDING RELEASED: Kate Rupley Loss Prevention review completed. Handle calls accordingly. Batch Released - (12-Aug-11: Batch 9, USD17,050.00) Total for Release: USD17,050.00 | 16:10:24 | ARMS | Melissa Campbell | C |
| 34 | ARMS | 08/16/2011 | FUNDING RELEASED: Kate Rupley Loss Prevention review completed. Handle calls accordingly. Batch Released - (15-Aug-11: Batch 10, USD1,390.00) Total for Release: USD1,390.00 | 16:10:24 | ARMS | Melissa Campbell | C |
| 35 | 00002 | 08/29/2011 | TID Add/Update....MSP-Johany ci about needing to add a TID for VAR which I built the file and gave him the site ID # | 13:51:11 | 682 | Jason McCool | C |