| Date | System | User | Notes Summary |
|---|---|---|---|
| 08/16/2011::16:10:24 | ARMS | Melissa Campbell | APPROVE ACTION: Melissa Campbell approves these actions - Approved. IA is keeping in PQ to monitor activity.: Action(s) approved - Action Release Batch : 9; Action Release Batch : 10. |
| 08/16/2011::16:10:06 | ARMS | Melissa Campbell | ADD NOTE: Monthly Limit changed from 100000.00 to 92500.00- merchant has been online less than 90 days. Merchant was boarded with $67500 cap, increase up to $25k brings PL to $92500. Anything over this will need to go to re -uw. |
| 08/16/2011::16:04:02 | ARMS | Melissa Campbell | MANAGE INVESTIGATION: Melissa Campbell managed investigation from Review Queue. |
| 08/16/2011::15:44:45 | ARMS | Kate Rupley | REQUEST FOR FUNDING RELEASE: Kate Rupley, Loss Prevention review completed. Handle calls accordingly. Batch(es) Released (16 -Aug-11: Batch 9, USD 17,050.00) (16-Aug-11: Batch 10, USD 1,390.50) Total for Release: USD 18,440.50 - Received return call from Esteban Castillo. He explained that he thought the letter was for a different company. He said that he is the owner of this onr. Confirmed SSN and agreed to forward a copy of one of the invoices related to these larger tkts. Merchant manufactures high quality Diamond and Precision tools for engraving. Sample invoice accommpanied application. Received copy of invoice for Dominik Ridigliano. Product sold 3500 tungston carbide point I D engraving pens with warning stickers and imprint charges. The card has already been verified. The c/h has confirmed the sales. An invoice was presented as requested. The ownership has been established. Esteban Castillo is the owner of the company. No other risk issues identified. The cap should accommodate the sales for this month. Will forward to UW if account goes over $90K. Retaining in queue to monitor daily activity. Please release batch and allow to fund normally. |
| 08/16/2011::13:23:58 | ARMS | Kate Rupley | SAVE: User Kate Rupley saved investigation for later. |
| 08/16/2011::13:23:25 | ARMS | Kate Rupley | ADD NOTE: Merchant manufactures high quality Diamond and Precision tools for engraving. Sample invoice accommpanied application. |
| 08/16/2011::13:02:29 | ARMS | Kate Rupley | ADD NOTE: Received return call from Esteban Castillo. He explained that he thought the letter was for a different company. He said that he is the owner of this onr. Confirmed SSN and agreed to forward a copy of one of the invoices related to these larger tkts. |
| 08/16/2011::11:41:35 | ARMS | Kate Rupley | SAVE: User Kate Rupley saved investigation for later. |
| 08/16/2011::11:41:32 | ARMS | Kate Rupley | ADD NOTE: Called 718-782-2823, (MSP office) and spoke with ABE. He will contact merchant for ownership and signature. Explained that I currently have $18,440.50 pended. |

# ARMS Report: NOTES

| Date | System | User | Notes Summary |
|---|---|---|---|
| 08/16/2011::11:10:10 | ARMS | Jessica Boone | RESUBMIT ACTION: Jessica Boone resubmits these actions - Resubmit. New merchant can only be given PLI of $25K. Please send to re-underwriting to determine if merchant can support $10,000.00 average ticket as well as PLI. Also, per eclipse Estaban called into merchant services claiming he is not the owner of the business and did not sign anything including the PG, he is only the manager. Have we established contact with the actual owner on the account? Please address this concern. Thank you. : Action(s) resubmitted - Action Release Batch : 9; Action Release Batch : 10. |
| 08/16/2011::10:54:45 | ARMS | Jessica Boone | MANAGE INVESTIGATION: Jessica Boone managed investigation from Review Queue. |
| 08/16/2011::10:53:25 | ARMS | Kate Rupley | REQUEST FOR FUNDING RELEASE: Kate Rupley, Loss Prevention review completed. Handle calls accordingly. Batch(es) Released (16 -Aug-11: Batch 9, USD 17,050.00) (16-Aug-11: Batch 10, USD 1,390.50) Total for Release: USD 18,440.50 - Received call from Mary who explained that the merchant sells tools for engraving, (diamond bits and grinding paper) and paper as well as other supplies. There is no web site at this time. No other risk issues |
| 08/15/2011::16:53:11 | ARMS | Kate Rupley | SAVE: User Kate Rupley saved investigation for later. |
| 08/15/2011::16:53:07 | ARMS | Kate Rupley | ADD NOTE: will contact merchant for better definition of product line. Called 845-534-4651 but no answer at this time. |
| 08/15/2011::16:29:53 | ARMS | Kate Rupley | SAVE: User Kate Rupley saved investigation for later. |
| 08/15/2011::15:21:59 | ARMS | APP_RTBM.AGT_RTBM_QUEUE | ARMS: RTBM found existing investigation for merchant (Current Score: 446 New RTBM Score: 391 Settlement Date: 15-AUG-11) |
| 08/15/2011::15:21:59 | ARMS | APP_RTBM.AGT_RTBM_QUEUE | FUNDING DELAYED for Loss Prevention Review, please forward all inquiries to Loss Prevention. (15-AUG-11: Batch 10, USD 1,390.50) Total for Review: USD 1,390.50 |
| 08/15/2011::14:39:34 | ARMS | Tatyana Yakushina | RESUBMIT ACTION: Tatyana Yakushina resubmits these actions - Merchant hit its cap, PL needs to be reviewed prior to release of batches to merchant. Please verify with merchant exactly what they are selling, based on the application they are industrial supplier and sell engraving products, not IT product and services. Merchant will have to be reviewed for much higher average ticket and possibly tob if they are doing IT. Thank you.: Action(s) resubmitted - Action Release Batch : 9. |
| 08/15/2011::14:28:39 | ARMS | Tatyana Yakushina | MANAGE INVESTIGATION: Tatyana Yakushina managed investigation from Review Queue. |
| 08/15/2011::14:22:04 | ARMS | Kate Rupley | SAVE: User Kate Rupley saved investigation for later. |
| 08/15/2011::14:21:57 | ARMS | Kate Rupley | ADD NOTE: Received return call from Dominik Ricigliano. He does confirm that all three tkts are valid. No other risk issues. Please release abtches and allow to fund normally. |