8 0 2 0 6 1 1 7 0 6

***MERCHANT SERVICES***

New Account Verification
7300 Chapman Highway
Knoxville, TN 37920

5/31/2011

Esteban Castillo
6 CIMORELLI DR
NEW WINDSOR NY 12553

Re: Company Name (DBA): NORTHEAST ADVANCE TECHNOLOGIES
Merchant Identification Number (MID): 8020611706

Dear: Esteban Castillo,

Thank you for considering Merchant Services for your credit card services.

Our records indicate that you recently authorized Elavon, Inc to rely on your individual credit report in approving the above-referenced Merchant Account. Your new account has been selected for additional security verification. If you did in fact sign an agreement for credit card processing using the [redacted]ove listed Sales Channel no further action or response on your part is needed.

If you did not sign an agreement for the above referenced business / account, please contact our New Account Verification Team immediately by one of the methods listed below.

Phone: 1-800-725-1243 ext 8440
Fax: (865) 403-6899
E-Mail: verify@elavon.com

Mail: Merchant Services
Attn: New Account Verification
7300 Chapman Highway
Knoxville, TN 37920

Please include a copy of this letter or reference the above DBA and MID when contacting our office. Additionally, you should also include a daytime telephone number where you can be reached by our team.

Again, thank you for choosing Elavon. We appreciate your business and look forward to servicing your merchant account.

Sincerely,
New Account Verification

MSP Short Name ________

# File History Form

Date: May 19, 2011

Client Group 17 F

AWB1775675
NORTHEAST ADVANCE TECHNOLOGIES

MID 8020611706

Chain Number __________

Entered By:: ________

Date/Time : 5-19

| Credit Analysis | By | Date |
|---|---|---|
| Approved | | 5-31-11 |
| Declined | | |
| Pended | | 5-19-11 |

-W-9 info on contract pg has multiple biz types selected - Need new contract page

Risk Exposure $ 9126 RAT 4
Ecs Exposure$ ________
Total Family Exp$ 9126
Cap $ 67,500
> $1,000,000 Y N
Reserve $ ________

P

AMEX ONE POINT MONTHLY VOLUME 15,000
Maildrop location Y N (if Y need physical address)
Internet requirements met for conditional approval Y N
Internet requirements met with secure site Y N
Processing Statements Y/N

Proof of Existence Used? SOS
Reverse Search Y N What? ________
Lexis Y N

Safescan Warning Y N
Investigated? Results ________
FACTA Alert Y N
Investigated? Results ________
Elavon Inquiry Y N When? ________
Inquiry related to? ________

CREDIT OPS QA

Beacon 767 TNW$ ________ D&B Score 4 Paydex N/A D&B# 056314189
DD Days 3 DD% 80 Changed from Industry Standard? Y N Explain 808 telephone order per App

Reason for Override/Approval

MCC Code from 5999 to 5085 Initials
Business Desc Industrial Supplies

| Circle OR/Approval Level | Signatures | Date |
|---|---|---|
| Level A | | |
| Level B | | |
| Level C | | |
| Level G | | |
| Level H | | |
| Level I | | |

| | Initial | Date | Time |
|---|---|---|---|
| Pricing Only MPS QC | LW | 6-1 | |
| MPS | | | |
| Foreign Networks | | | |

**Fail Reasons**

FICO No PG/Financials
Restricted No Proc Statements
< 3mths Proc Statements
Tangible Net Worth < 100% proc exp
Can not go on Daily Discount
Bankruptcy <5yrs Type____ Disc date________
OFAC MATCH RAD
Open Tax Lien Bus Fin not 3rd party
E-com requirements not met/not cond approval
Proof of existence Prohibited
Pers DDA /not sole prop No proof of tax exempt
Yrs in business Out of Home
Override processing limit

OPERATIONS Fulfillment Services FULFILLMENT SUPPORT

Bar code

## Pricing and Quality Review Checklist

| Client Group: ☐ | MID: | |
|---|---|---|
| **Screen 5** | **Screen 6** | **Screen 7** |
| ☐ Rep #<br>☐ Entity<br>☐ DBA Name<br>☐ Client Group<br>☐ Chain #<br><br>Eclipse:<br>☐ Lead Referral# | ☐ Legal Corp. Name<br>☐ Seasonal Code<br>☐ Monetary<br>☐ Authorization<br>☐ Discover SE<br>☐ Amex SE | ☐ DDA/Routing #<br>☐ Tape ID (if included on app)<br>☐ Billings DDA/Charge backs (if included on app)<br>☐ Canada US fund if client group 25<br>☐ Net Settlement Options<br>**Screen 8**<br>☐ Distribution package (ISO EMS)<br>**Screen 9**<br>☐ ECS rates if PP ICPLS or ICDIF |
| **Screen 10** | **Screen 11** | **Screen 13** |
| ☐ Visa/MC/Disc auth fee & watt fee<br>☐ Amex/AXES auth fees & watt fee<br>☐ ECS<br>☐ EGC Per Item<br>☐ Pin Debit<br>☐ EBT<br>☐ Other Special auth fees<br>☐ Foreign Network watt fee<br>☐ 3 Delta<br>☐ Virtual Merchant<br>☐ Card Network Access Fee<br>☐ Batch Header Fee | ☐ Equipment Fees<br>☐ Rental or purchase on Canadian<br>**Screen 12**<br>☐ One Time Fees<br>☐ Monthly Fees<br>☐ Dates of Annual Fees Dates<br>☐ EGC Monthly fee<br>☐ Large Ticket $1000 Fee<br>☐ Virtual Merchant Monthly Fee | ☐ Qualified<br>☐ Partial Qualified<br>☐ Non Qualified<br>☐ Rewards<br>☐ Commercial<br>☐ 4th tierd<br><br>**Screen 17**<br>☐ VAS Flags |
| **Screen 18** | **MSP Fast:** ☑ | **Telesales:** ☐ |
| ☐ Pricing Method/should match Monetary pricing program<br>☐ AXES 1pt rate & per item<br>☐ ECS rate & per item<br>☐ Debit rates/Method<br>☐ Chargeback fee<br><br>**Screen 20**<br>☐ ECS Monthly<br>☐ Monthly Minimum | ☑ DBA<br>☑ DDA/RT (go by voided check)<br>☐ Card Network Access Fee<br><br>**Transfer**<br>☐ MPS Complete<br>☐ Eclipse Complete<br>☐ To | ☐ DBA<br>☐ DDA/RT (go by voided check)<br>☐ Costco pricing program MOTO/RETAIL<br><br>**Card Scheme Reg:**<br>☐ Forward App/Card Scheme Reg. request to Team Lead Initial: ____<br>☐ Team Lead forward Card Scheme Reg. to FEAST<br>☐ History Note Added |
| **Comments:** ☐ Pended | | |
| | | |
| **Name** [signature] | **Date** 6/1/2011 | |

Version 10/2010

# FAXED APPLICATION COVERSHEET

*Instructions:*
*Prior to faxing application to Nova, please be sure the following have been completed:*

A. *Application is entered via MSPFast and has been submitted to Verify Que*
B. *Application Paperwork is in the following order*
    1. *"Front Cover Sheet"*
    2. *Completed Application Package with necessary attachments*
C. *The DBA's and App ID's for each submitted application are listed on this form*

*** PLEASE DO NOT SEND ORIGINAL PAPERWORK TO NOVA AFTER FAXING ***

**Date:** 05/19/2011

To: Application Processing – NOVA Fax# 1-888-245-7153

**From:** Judy
Printed Name of person sending fax

**MSP Short name:** NYMS

**Phone Number of Sender:** ( 718 ) 782 - 2823 **Ext:** 310

**Total Number of Pages:** ______ **including this cover page**

**Applications included in this fax transmission (maximum 5 per transmission, please):**

| DBA: | Application ID: | # Pages: |
|---|---|---|
| Northeast Advance Technologies | AWB# 1775675 | |
| | AWB# | |
| | AWB# | |
| | AWB# | |
| | AWB # | |

**Comments:**

C:\Documents and Settings\AmyT\Local Settings\Temporary Internet Files\OLK2F\MSP FAXED APPLICATION COVERSHEET.doc

# MPS COVER SHEET

**MERCHANT DBA NAME:** Northeast Advanced Technologies

**MSP SHORTNAME**____MS00NYMS________

**RDC OFFICE** _____NEWYORK___________

**BANK #** _____3950______________________

**ASSOCIATION #** 40863

**CLIENT GROUP #** ________17_____________

**ENTITY #** 40863

# Front Cover Sheet

AWB AWB1775675

| | |
|---|---|
| Business (DBA): | NORTHEAST ADVANCE TECHNOLOGIES |
| Contact First Name: | Esteban |
| Contact Last Name: | Castillo |
| Business Address: | 2 Mill St |
| City: Cornwall | State: NY Zip: 12518 - |
| Business Phone #: | 845 534 4651 |
| Rep Number: | 22439 |

***CHECKLIST***
**(All listed documents must be enclosed in application package, unless otherwise indicated)**

*ATTN:* ***New Accounts Department***
***888-245-7153***
***NewMSPApps@Elavon.com***

- ☐ **Application Pages**
- ☐ **Signed Legal Page**
- ☐ **MPS Worksheet**
- ☐ **Voided Check, Bank Letter or Starter Check**
- ☐ **Financials (if applicable)**
- ☐ **3 months of Processing Statements**
- ☐ **EGC Electronic Gift Card Paperwork (include additional paperwork if applicable)**
- ☐ **ECS Electronic Check Service Paperwork (if applicable)**
- ☐ **Manually complete any fields with missing data**

**Comments/Notes:** high ticket 5000

Date: 05 - 19 - 2011 AWB # AWB1775675

| | | | | |
|---|---|---|---|---|
| ☒New *or* ☐Additional Location | Existing MID: | Chain #: | Short Name MS00NYMS | Location of |

## Merchant Application

**Merchant Information**

| | |
|---|---|
| DBA Name: NORTHEAST ADVANCE TECHNOLOGIES | DBA Phone #: 845 534 4651 Ext. |
| Contact Name: Esteban Castillo | DBA Fax #: 845 534 4651 |
| Cell Phone # | Customer Service Phone #: 845 534 4651 |
| DBA Address: 2 Mill St | Email Address: |
| City: Cornwall | State: NY Zip Code: 12518 - |
| Previous Processor: Year Established: 2009 | Length of Current Ownership: years, months |

**Corporate Information**

| | |
|---|---|
| Legal/Corporate Name: NORTHEAST ADVANCE TECHNOLOGIES I | Legal/Corporate Phone #: 845 534 4651 Ext. |
| Legal/Corporate Contact Name: Esteban Castillo | Legal/Corporate Fax #: 845 534 4651 |
| Legal/Corporate Address: PO Box 38 | |
| City: Cornwall | State: NY Zip Code: 12518 - |

**Shipping Info**

| | | |
|---|---|---|
| Shipping DBA Name: *(Necessary only if different than DBA)* | Shipping Phone #: | Ext. |
| Shipping Contact Name: | Shipping Fax #: | |
| Shipping Address (No PO Box): | | |
| City: | State: | Zip: |

**Principal Information1 (Owner/Partner/Officer)**

☒ Owner/Partner: Percentage of Ownership 100% *or* ☐ Officer: Title

| | | | |
|---|---|---|---|
| First Name: Esteban | MI: | DOB: [redacted]966 | SSN: [redacted]6022 |
| Last Name: Castillo | | Home Phone #: 845 534 4651 | |
| Home Address: 6 Cimorelli Drive | | Cell Phone #: | |
| City: New Windsor | State: NY Zip: 12553 - | Email Address: | |
| Previous Address if current address is less than 2 years: | | | |
| Home Address: | | | |
| City: | State: | Zip: - | |

**Principal Information2 (Owner/Partner/Officer)**

☐ Owner/Partner: Percentage of Ownership % *or* ☐ Officer: Title

| | | | |
|---|---|---|---|
| First Name: | MI: | DOB: | SSN: |
| Last Name: | | Home Phone #: | |
| Home Address: | | Cell Phone #: | |
| City: | State: Zip: | Email Address: | |
| Previous Address if current address is less than 2 years: | | | |
| Home Address: | | | |
| City: | State: | Zip: | |

**Other Merchant Information**

Average Sale Amount: $ 1000.00 | Description of product or services offered: engraving products

Total Monthly VISA®/MC/Discover Network® Sales: $ 30000.00 | MCC: 5999

| | | |
|---|---|---|
| Card Present (swiped) | 20 % | **For Card Present Transactions**, when does the customer receive the product or service? |
| Card Present ( not swiped) | 0 % | ☐ Same Day ☐ If not same day, # of Days (include shipping time frame) |
| Mail Order | 0 % | **For Card Not Present Transactions**, when does the customer receive the product or service? |
| Telephone Order | 80 % | ☐ Same Day ☐ If not same day, # of Days (include shipping time frame) |
| Internet | 0 % | **For Internet Transactions**, list the product web site: |
| **Total =** | **100%** | **Contact Us Email Address:** |

Do you operate seasonally: ☐ Yes ☒ No If yes, please check months closed:

☐ January ☐ February ☐ March ☐ April ☐ May ☐ June
☐ July ☐ August ☐ September ☐ October ☐ November ☐ December

**Bank Account**

**(Checking Accounts only)**

| | |
|---|---|
| Deposit Bank Name: TD Bank, National Association | Tape ID: 3 |
| ABA/Routing #: 021201503 | DDA Account #: [redacted]1802 |
| Billing Bank Name (if different): | Tape ID: |
| ABA/Routing #: | DDA Account #: |

# Merchant Application

**Card Accept**

**Please check each card you wish to accept.**
*Note: acceptance of card types not selected will result in discount downgrades.*

- ☒ All VISA®/MasterCard/Discover Cards (JCB, Diners, CUP)
- ☒ VISA® Credit ☒ MasterCard Credit
- ☒ Discover/JCB/Diners/CUP
- ☒ VISA® Debit ☒ MasterCard Debit

**Pricing Category**

☐ Retail ☐ Lodging ☐ ARU
☐ Restaurant ☐ Supermarket ☐ Auto Rental
☑ MOTO ☐ Pay at Pump ☐ Internet

**VAR Pricing Information**

**Rates are for all card acceptance types selected above.**

| | VISA® | MasterCard | Discover |
|---|---|---|---|
| | Rate% + Per Item | Rate% + Per Item | Rate% + Per Item |
| Qualified | 2.4 %+$ 0 | 2.4 %+$ 0 | 2.4 %+$ 0 |
| Rewards Qual | 0.35 %+$ 0 | 0.35 %+$ 0 | 0.35 %+$ 0 |
| Mid-Qual | 0.35 %+$ 0 | 0.35 %+$ 0 | 0.35 %+$ 0 |
| Non-Qual | 0.35 %+$ 0 | 0.35 %+$ 0 | 0.35 %+$ 0 |
| Other Tier ☐ Debit ☐ Supermarket ☐ Quick Pay/Small Ticket | %+$ | %+$ | %+$ |
| Opt Comm Card Tier | 0.35 %+$ 0 | 0.35 %+$ 0 | 0.35 %+$ 0 |
| __ INT DIFF | VISA® Rate% + Per Item | MasterCard Rate% + Per Item | Discover Rate% + Per Item |
| Mark Up | %+$ | %+$ | %+$ |
| _ INT PLUS | VISA® Rate% + Per Item | MasterCard Rate% + Per Item | Discover Rate% + Per Item |
| Mark Up | %+$ | %+$ | %+$ |

**Fees**

| Fee Type | Amt. $ | Per Authorization $ | |
|---|---|---|---|
| Application Fee | | VISA® | 0.25 |
| Installation/Training | | MasterCard | 0.25 |
| Wireless Set-Up Fee | | Discover | 0.25 |
| Account Maintenance | | American Express | 0.25 |
| Chargeback Fee (per occur.) | 25.00 | WEX | |
| Return Item Fee/NSF (per occur) | 20.00 | Voice Auth Touch Tone | 0.65 |
| Monthly Service Fee | | Voice - Operator Assisted | 0.95 |
| Internet Monthly Fee | | Voice - With AVS | 2.20 |
| Minimum Discount (per mo.) | 15.00 | Voice - Bank Referral | 4.00 |
| Annual Fee Start Month: | | Other | |
| Statement Mailing Fee | | ☒ Electronic Statement ☐ Paper Statement | |
| Other Statement Fee | 10.00 | PCI Fee (Annual) | |
| Other Discover | 0.25 | IP Connect (Not to exceed): $175 Dial Connect (not to exceed): $55 | |
| Other | | *Other fees may apply see Merchant Processing Agreement* | |

**Debit Networks**

Debit Pricing: ☐ Pass through (Interchange + Markup – ICDIF) ☐ Pass through (Interchange + Markup - ICPLS) ☑ Surcharge (Flat rate)Debit
Authorization Pricing: ☑ Pass through (Interchange + Markup) ☐ Fixed (Flat rate)

| | | |
|---|---|---|
| ☐ ACCL (Accel) ___%+$___ Auth $___ | ☐ AFFN ___%+$___ Auth $___ | ☐ ALAS (Alaska) ___%+$___ Auth $___ |
| ☐ MSTO (Maestro) ___%+$___ Auth $___ | ☐ NETS ___%+$___ Auth $___ | ☐ NYCE ___%+$___ Auth $___ |
| ☐ INKL (Interlink) ___%+$___ Auth $___ | ☐ ITS (Shazam) ___%+$___ Auth $___ | ☐ CU24 ___%+$___ Auth $___ |
| ☐ STAR (Explore) ___%+$___ Auth $___ | ☐ PULSE ___%+$___ Auth $___ | ☐ Other ___%+$___ Auth $___ |

**VAR**

**Service Provider Hosted:** ____
**VAR Distributed:** ____ **VAR Product:** ____ **VAR Version:** ____
**Gateway (Optional):** ____ **Aggregator:** ____

**Point of Sale (Equipment or Software)**

| Qty | POS Description | Item Code | Training | Price Per Unit | Purchase | Existing | Exchange |
|---|---|---|---|---|---|---|---|
| 1 | HYPERCOM T7P | T7P | No Training | $ 0.00 | ☐ | ☒ | ☐ |
| | | | | $ | ☐ | ☐ | ☐ |
| | | | | $ | ☐ | ☐ | ☐ |
| | | | | $ | ☐ | ☐ | ☐ |

Training Contact Name: Training Contact Phone#: All applicable state and local taxes will be applied. ☐ Sales Tax Exempt – Additional documentation required

☐ Saturday Delivery ☐ Next Day Air ☒ 2nd Day Air ISO Does Not Bill - Elavon Bills

***Please note that all leases MUST complete the section immediately below. Initials are required***

X ____ THE LEASE IS A NON CANCELLABLE LEASE FOR THE FULL TERM OF ____ MOS. TOTAL MONTHLY PAYMENT OF $ ____ plus taxes, if applicable.

**AUTHORIZATION FOR AUTOMATIC WITHDRAWAL OF MONTHLY PAYMENTS**

Merchant hereby authorizes Lessor, to automatically withdraw Merchant's monthly lease payment and any amounts, including any and all taxes or other charges, owed in accordance with the lease, as applicable, by initiating debit entries to Merchant's account at the financial institution ("Bank") indicated hereon or such other financial institution used by Merchant from time to time. A lease payment (whether paid by debit or other means) that is not honored by Bank for any reason will be subject to a returned item service fee imposed by Lessor. This authorization shall remain in effect until Lessor has received written notice from Merchant of its termination.

**Bank Name:** **ABA/Routing #:** – **DDA Account #:**

**Other Card Types Existing**

| | SE # | |
|---|---|---|
| Amex | ____ | (10 digits) |
| EBT | ____ | (5 digits) |
| Other ____ | ____ | |

**Other Card Types New**

**American Express:** ☐ **ESA** ☒ **OnePoint CAP#**________
Monthly Volume: $ 15000.00
☐ Amex Rate 2.89 % $ 0.00
CNP Downgrade 3.30 %
☐ Amex Flat Fee Option: $ ____
*(Annual Volume less than $5,000-ESA Only)*
☐ **WEX** ☐ **Voyager**

**Reporting**

☐ MCP # Users ____ Monthly Fee $ ____ Set Up Type (check one) ☐ MID ☐ CHN ☐ ENT Set Up Fee $ ____
☐ ACS Remote ID ____ Set Up Fee $ ____ Monthly Fee $ ____
☐ MCP with OCM # Users ____ Monthly Fee $ ____ Set Up Type (Check One) ☐ MID ☐ CHN ☐ ENT Set Up Fee $ ____

**ECS Product Selection and Pricing**

**Processing Options:** ☐ POP (Point of Purchase) ☐ ARC (Accounts Receivable Conversion) ☐ BOC (☐ POS Image ***OR*** ☐ Cash Office Image)

1. ANNUAL check volume: $ 2. Average check amount: $ 3. Maximum check amount: $

ECS Monthly Minimum: $

**☐ Conversion with Guarantee**

Guarantee Rate: % Per Transaction: $ Sight Draft: $

**☐ Conversion with Verification** **☐ Collections**

Per Transaction:$ Per Return Transaction: $ Sight Draft: $

**☐ Conversion Only** **☐ Collections**

Per Transaction:$ Per Return Transaction: $ Sight Draft: $

**Additional Service Options**

**Please check box for each additional service option**

☐ Terminal prompts for Driver's License #, ST of License Issuance and Telephone # (If not selected, information must be obtained on check for Guarantee Service)

☐ NSF Service Fee Processing @ $2.00 per NSF item. Not applicable for POP Guarantee and all ARC products.

☐ EnQuire Reporting Access:

# users: @ $ each per month

☐ Turn off return memo advices

**EGC Cards**

| Card Style | Card Quantity | Price |
|---|---|---|
| ☐ Basic | ____ | $____ |
| ☐ Standard | ____ | $____ |
| ☐ Custom | ____ | $____ |

Max Card Value $____ (Default $500)

**EGC Pricing**

☐ Monthly Pricing: $ ____ Per Month
(Includes ____ transactions per location annually. Additional transaction billed $0.29 per transaction)
***OR***
☐ Transaction Pricing: $ ____ per transaction and $ ____ per month

**Other EGC Fees**

| Fee | Price |
|---|---|
| ☐ Monthly Online Admin- # ____ Users | $____ |
| ☐ Plexi Stand - ____ Quantity | $____ |
| ☐ Graphic Design Service | $____ |
| ____ | $____ |
| ____ | $____ |
| ☐ Card Carriers<br>____ # of Style ____<br>____ # of Style ____<br># of Style ____ | $____ |

**EGC Service Fees**

**☐ Service Fees** (Cardholder charged on unused balances)

- Custom Cards are required
- Service Fee per Transaction $ ____
- Apply same to all states? ☐ Yes ☐ No (if no, complete for each state)

**Fee Amount $** ____

**Applied:** ☐ Monthly ☐ Quarterly ☐ Annually

**Beginning:** ____ Months

**After:** ☐ Activation ☐ Last Transaction Date

**Lock Balances After:** ____ Months of non-use (default 72 months)

**EGC Network**

☒ Elavon (Direct)

☐ Givex (Indirect)

**VAR**

VAR Manufacturer: ____
VAR Software: ____
Version: ____

**EGC Standard Card Order Details**

**Card Style:** ____

**Text or Logo Color:** ____

**Justification:** ☐ Left ☐ Center ☐ Right ☐ As Submitted

**Imprint:** ☐ Logo (To avoid delay, please submit artwork to: EGCArtwork@Elavon.com )
***OR***
☐ Text (Imprinting details MUST be entered below)

- **Font (Select ONE):** ☐ Arial ☐ *Brush Script* ☐ Times New Roman
- **Text Case (Select ONE):** ☐ Title Case ☐ UPPER CASE ☐ lower case ☐ As submitted

Text Line 1 (33 Char Max)
Text Line 2 (33 Char Max)
Text Line 3 (33 Char Max)
Text Line 4 (33 Char Max)
Text Line 5 (33 Char Max)

**Additional VAS**

☐ EBP: Bill Payment Portal Standard (See additional addendum)

☐ DCC Rebate ____ % DCC Annual Registration Fee $ ____

☐ Money Manager ☐ Working Capital Vendor: ____

☐ Multi Currency

# Merchant Application: Sales Worksheet

**Pricing Program**

| Monetary (5 digits) 808 | Authorization (5 digits) 49120 | Equipment 59999 | Miscellaneous 69999 |
|---|---|---|---|

**Account Designation**

| Portfolio Code: USB17 | FI: 0542 | Agent: 6094 | Client Group #: 00017 | |
|---|---|---|---|---|
| Rep Name: David Hirsch | | Rep Phone #: | Rep #: 22439 | Entity: 40863 |

**Mailing/Shipping**

Mail Statements: ☒ DBA *or* ☐ Corporate

Retrievals: ☐ Mail To: ☐ DBA ☐ Corporate *or* ☒ Fax To: ☐ DBA ☐ Corporate

Chargebacks: ☐ Mail To: ☐ DBA ☐ Corporate ☒ Fax To: ☐ DBA ☐ Corporate

Auto Send: ☒ Yes ☐ No (Chain merchants only – must include chain set up form)

**Other**

Industry Type: ☐ Retail ☐ Restaurant ☒ MO/TO ☐ Lodging ☐ Internet ☐ Pay at Pump ☐ Supermarket ☐ ARU ☐ Auto Rental

Network: ☒ Elavon ☐ Other:

Check Service Company: Name: | Service #:

Primary Phone #: | Secondary Phone #:

**Equipment Programming Requirements**

POS Desc: T7P HYPERCOM T7P | Quantity:

Indicate Services required for this equipment: ☒ VISA®/MC ☒ American Express ☒ Discover (JCB, Diners, CUP) ☐ ECS ☐ EBT ☐ Amex Rvrs. ☐ PIP/Split Dial ☐ Electronic Gift Cards ☐ Pin Based Debit ☐ DCC

Connection Type: ☐ IP ☒ Standard (Dial) ☐ Wireless

Environment

☐ Retail (Auto Close Default) ☐ Quick Close ☐ Terminal Auto Close ☐ Tip Function Waiter ☐ Tip Function Cashier ☐ Cash Back Pin Debit

☐ Restaurant (Quick Close Default) ☐ Server Prompt ☐ Tip Function Waiter ☐ Tip Function Cashier ☐ Fine Dining

☒ Card Not Present (Auto Close Default) ☐ Quick Close ☒ Terminal Auto Close

☐ Lodging (Quick Close Default)

Additional Prompts: (added during training) ☐ Invoice Prompt ☐ B to B (prompt all) ☐ Tab Function

☐ Multi-MID: Existing MID: or DBA:

Phone Information: Access #: ☒ Dedicated Line ☐ Shared Line with Fax

**Single Level Chain Request**

☐ New Chain ☐ Addition to existing chain: Chain Number

Chain Name and Address: ☐ DBA ☐ Corporate ☐ Chain Address (below)

Chain Name: | Chain Phone#:

Chain Address: | Send Chain Summary Statement? ☐ Yes ☐ No Auto Send

City: | State: | Zip Code:

Send Chain Statement: ☐ DBA ☐ Corporate ☐ Chain Address

Merchant Segment: ☐ Retail ☐ Service ☐ T & E ☐ Business to Business

Chain Deposit Account: ☐ Default to MID ☐ Chain

Chain Deposit Bank Name: | ABA/Routing #: | DDA Account #:

Chain Billing Account (if different) ☐ Default to MID ☐ Chain

Chain Billing Bank Name: | ABA/Routing #: | DDA Account #:

**On Site Inspection**

| | |
|---|---|
| Have you physically been on site? ☐ Yes ☐ No | Is merchant name as it appears on signage? ☐ Yes ☐ No |
| Is the physical site inspected the same as the DBA address? ☐ Yes ☐ No | Is merchandise consistent with type of business? ☐ Yes ☐ No |
| Is this a retail location? ☐ Yes ☒ No | Is the adequate inventory Displayed? ☐ Yes ☐ No |
| URL Name: | Does the website meet all internet requirements? ☐ Yes ☒ No |

Business located in: ☒ separate building ☐ private residence ☐ shopping center/mall ☐ office building ☐ kiosk ☐ other (describe):

I certify that the above information is true, complete and accurate: ____________________ (Signature of Rep)

Printed Name: ____________________ Rep #: ____________ Date: - -

From: 8455348255 Page: 1/1 Date: 5/31/2011 2:10:27 PM

718-687-1846

# Merchant Application

Substitute Form W-9

**Business Type:** ☐ Sole Proprietor ☐ Public Corp ☑ Closely Held Corp ☐ Sub S Corp ☐ Government ☐ General Partnership ☐ Limited Partnership ☐ Tax Exempt Organization (include documents that support Exempt Status) ☐ Other (Assn/Estate/Trust) ☐ Limited Liability Company – Tax Classification (D=disregarded entity, C=corporation, P=partnership): (If LLC, please indicate D, C or P)

Name*: Northeast Advance Technologies

*Name (of business) as shown on your business income tax returns. For Sole Proprietors, this should always be the owner's name.

Address: PO Box 38

TIN (Employer Identification #): or TIN (Social Security #): [redacted]7453

City: Cornwall | State: NY | Zip Code: 12518

Merchant Representations and Certifications

Merchant Representations and Certifications. By signing below, the applicant merchant ("Merchant") and its representative(s) represent and warrant to Elavon, Inc. ("Elavon" or "Member" as applicable), with offices at 7300 Chapman Highway, Knoxville, TN 37920 (collectively, "we" or "us") that (i) all information provided in this merchant application ("Merchant Application") is true and complete and properly reflects the business, financial condition, and principal partners, owners, or officers of Merchant; and (ii) the persons signing this Merchant Application are duly authorized to bind Merchant to all provisions of this Merchant Application and the Agreement. Further, by signing below, if leasing equipment, Merchant and its representative(s) agree that the Leased Equipment is subject to the terms and conditions set forth in the Terms of Service ("TOS") and have had an opportunity to review such terms. The signature by an authorized representative of Merchant on the Merchant Application, or the transmission of a Transaction Receipt or other evidence of a Transaction to us, shall be the Merchant's acceptance of and agreement to the terms and conditions contained in the Agreement including, without limitation, this Merchant Application, the TOS and the Merchant Operating Guide ("MOG") incorporated herein by this reference and located at our website at https://www.merchantconnect.com/CWRWeb/pdf/TOS_ENG.pdf and https://www.merchantconnect.com/CWRWeb/pdf/MOG_Eng.pdf, respectively. If Merchant does not have access to view the TOS or MOG at our website please contact our customer service center. Notwithstanding any such non-receipt of the TOS or MOG, Merchant agrees to comply with the Agreement, and all applicable laws, rules, and regulations including the rules and regulations of the Payment Networks, and understands that failure to comply will result in termination of processing services. Capitalized terms shall, unless otherwise defined in this Merchant Application, have the same meaning ascribed to them in the TOS and MOG.

If Merchant terminates within one year of the date set forth below, Merchant will immediately pay Elavon, as liquidated damages, an early termination fee equal to $295, in addition to all other amounts owed. If Merchant terminates at any time during the second or third year of the date set forth below, the Merchant will pay, as liquidated damages, a termination fee equal to $195, in addition to all other amounts owed. Merchant agrees that the early termination fee is not a penalty, but rather is reasonable in light of the financial harm caused by Merchant's early termination. Elavon will use best efforts to debit the Merchant's account in the amount of the applicable termination fee within sixty (60) days of receipt of Merchant's written notice of termination.

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT. To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. This means we will ask for certain information and identifying documents to allow us to identify you. Merchant and its representative(s) authorize us prior to our acceptance of this Merchant Application and from time to time thereafter, to investigate the individual and business history and background of Merchant, each such representative and any other officers, partners, proprietors, and/or owners of Merchant, and to obtain credit reports or other background investigation reports on each of them that we consider necessary to review the acceptance and continuation of this Merchant Application. Merchant also authorizes any person or credit reporting agency to compile information to answer those credit inquiries and to furnish that information to us.

This Merchant Application may be signed in one or more counterparts, each of which shall constitute an original and all of which, taken together, shall constitute one and the same Merchant Application. Delivery of executed counterparts of this Merchant Application may be accomplished by a facsimile transmission, and a signed facsimile or copy of this Merchant Application shall constitute a signed original.

Merchant understands that an authorization code is not a guarantee of acceptance or payment of a Transaction. Receipt of an authorization code does not mean that merchant will not receive a Chargeback for that Transaction.

All merchants must comply with the requirements of the Payment Card Industry Data Security Standards ("PCI DSS"). Elavon requires Level 4 merchants (determined based on Transaction volume) to validate PCI DSS compliance on an annual basis, with initial validation to occur no later than ninety (90) days after account approval. Merchant will be charged either the Annual PCI Fee or the Annual Administration Fee described below.

Annual PCI Fee of up to $175 per merchant account number, based on connectivity, number of merchant locations and then-current cost to Elavon of the services, will be charged to merchants that use the services of the qualified third party assessor with whom Elavon has partnered. Elavon will waive this fee in year one, charging the fee in subsequent years on or about the anniversary date of account approval. Annual Administration Fee of $35 will be charged to merchants that use the services of another qualified assessor and attest to PCI DSS validation on the website designated by Elavon. Any merchant that has not validated PCI DSS compliance within ninety (90) days of account approval, or in subsequent years on or before the anniversary date of account approval, will be charged a monthly non-compliance fee of $25 until Elavon is provided with validation of compliance. Merchant may be eligible for Data Breach Coverage following account approval and PCI DSS compliance validation. See the PCI Compliance Program Overview for coverage details and conditions.

If leasing equipment, Merchant agrees to pay "Lessor" an annual fee in an amount not to exceed $50.00 for the administration, billing and tracking of certain taxes and charges related to the Leased Equipment.

**Under penalties of perjury, Merchant certifies that:**

**1. The number shown on this Merchant Application is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and**

**2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and**

**3. I am a U.S. citizen or other U.S. person. For federal tax purposes, you are considered a U.S. person if you are: an individual who is a U.S. citizen, or U.S. resident alien, a partnership, corporation, company, or association created or organized in the United States or under the laws of the United States, an estate (other than a foreign estate), or a domestic trust (as defined in Regulations section 301.7701-7).***

American Express Acceptance Agreement - By signing below, I represent that I have read and am authorized to sign and submit this application for the above entity which agrees to be bound by the American Express® Card Acceptance Agreement ("AXP Agreement"), and that all information provided herein is true, complete, and accurate. I authorize Elavon and American Express Travel Related Services Company, Inc. ("AXP") and AXP's agents and Affiliates, as defined in the AXP Agreement, to verify the information in this application and receive and exchange information about me personally, including by requesting reports from consumer reporting agencies, and disclosing such information to their agent, subcontractors, Affiliates and other parties for any purpose permitted by law. I authorize and direct Elavon, AXP, AXP agents and Affiliates to inform me directly, or through the entity above, of reports about me that they have requested from consumer reporting agencies. Such information will include the name and address of the agency furnishing the report. I also authorize AXP to use the reports from consumer reporting agencies for marketing and administrative purposes. I understand that upon AXP's approval of the application, the entity will be sent a copy of the AXP Agreement and materials welcoming it, either to AXP's program for Elavon to perform services for AXP or AXP's standard Card acceptance program which has different servicing terms (e.g. different speeds of pay). I understand that if the entity does not qualify for the Elavon servicing program that the entity may be enrolled in American Express's standard Card acceptance program, and the entity may terminate the AXP Agreement. By accepting the American Express Card for the purchase of goods and/or services, or otherwise indicating its intention to be bound, the entity agrees to be bound by the AXP Agreement.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Signature: Ⓧ [signature] | Printed Name: E. Castillo | Title: Pres | Date: 5/2011 |
|---|---|---|---|
| Signature: X | Printed Name: | Title: | Date: |

Personal Guaranty

As a primary inducement to us to accept this Merchant Application, the undersigned Guarantor(s), by signing the Merchant Application, jointly and severally, unconditionally and irrevocably, guarantee the continuing full and faithful performance and payment by Merchant of each of its duties and obligations to us (including, without limitation, Chargebacks and obligations in connection with Leased Equipment, if applicable) pursuant to the Merchant Application and Agreement, as may be amended from time to time, with or without notice. Guarantor(s) understand further that we may proceed directly against Guarantor(s) without first exhausting our remedies against any other person or entity responsible therefore to them or any security held by us or Merchant. This guarantee will not be discharged or affected by the death of the Guarantors, will bind all heirs, administrators, representatives and assigns and may be enforced by or for the benefit of any of our successors. Guarantor(s) understand that the inducement to us to accept this Merchant Application is consideration for the guaranty and that this guaranty remains in full force and effect even if the Guarantor(s) receive no additional benefit from the guaranty. The undersigned hereby directs any consumer reporting agency to furnish a consumer credit report that relates personally to the undersigned upon the request of Elavon or any of its designees, successors or assigns and agrees that all parties involved are in compliance with the Fair Credit Reporting Act.

| Signature: Ⓧ [signature] | Printed Name: E. Castillo | SSN#: [redacted]6022 | Date: 5/2011 |
|---|---|---|---|
| Signature: X | Printed Name: | SSN#: | Date: |

To the best of my knowledge, I certify that the information provided in this Merchant Application was provided by the Merchant and is true, complete and accurate. I further certify that the signatures were provided by the Merchant's owner(s) or officer(s), as appropriate.

Sales Rep Signature: X [signature] Printed Name: David Hirsch Rep ID #: 22439 Date: 5/2011

| Office Use Only | | |
|---|---|---|
| Accepted by Elavon, Inc.: | [signature] | Date: 5-31-11 |
| Accepted by Member: | | Date: |

# Invoice

NORTHEAST ADVANCE TECHNOLOGIES INCORPORATED
*Manufacturing High Quality Diamond and Precision Tools*
2 Mill Street, Box 38 CORNWALL, NY 12518
(845) 534-8248 Fax (845) 534-8255

| Date | Invoice # |
|---|---|
| 5/17/2011 | 119327 |

| Bill To | Ship To |
|---|---|
| ERN MOR DIAMOND PRODUCTS, INC.<br>167 SPRUCE STREET<br>WEST HEMPSTEAD, NY 11552 | SAME |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| SEE BELOW | Net 30 | | 5/17/2011 | UPS-GROUND | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 25 | EMRS-1 | DIAMOND TOOL RELAPPED, SPECIAL<br>PACKING LIST #13707<br>1 REJECT | 12.50 | 312.50 |
| 4 | EMRS-1 | DIAMOND TOOL RELAPPED, SPECIAL<br>PACKING LIST #13710 | 12.50 | 50.00 |
| 4 | EMRR-1 | DIAMOND TOOL RELAPPED<br>PACKING LIST #13710<br>1 REJECT | 10.50 | 42.00 |
| 1 | M-3 | MACHINED TO 3"<br>PACKING LIST #13714 | 6.00 | 6.00 |
| 20 | EMSU-1 | SET AND BRAZED | 5.50 | 110.00 |
| 20 | EMC4010-3 | DIAMOND CHISEL 40' X .010R (SYNTHETIC)<br>PACKING LIST #13699 | 20.00 | 400.00 |
| 20 | M-5 | MACHINED AS PER PRINT | 6.00 | 120.00 |
| 4 | EMSU-1 | SET AND BRAZED | 5.50 | 22.00 |
| 4 | EMC6015-3 | DIAMOND CHISEL 60' X .015R X 110' CORNERS<br>PACKING LIST #13710 | 22.00 | 88.00 |
| 4 | M-3 | MACHINED TO 3" | 6.00 | 24.00 |
| 3 | M-6 | MACHINED AS PER PRINT, SPECIAL<br>PACKING LIST #13714 | 8.00 | 24.00 |
| 20 | EMC6020-13 | DIAMOND CHISEL 60' X .020R (BIG TOOLS) | 105.00 | 2,100.00 |

**Total** $3,298.50

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through May 18, 2011.

---

Selected Entity Name: NORTHEAST ADVANCE TECHNOLOGIES INC.
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | NORTHEAST ADVANCE TECHNOLOGIES INC. |
| **Initial DOS Filing Date:** | DECEMBER 24, 2009 |
| **County:** | ORANGE |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
NORTHEAST ADVANCE TECHNOLOGIES INC.
2 MILL ST BOX #38
CORNWALL, NEW YORK, 12518

**Registered Agent**

NONE

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

***Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 200 | No Par Value | |

*Stock information is applicable to domestic business corporations.

**Name History**

| **Filing Date** | **Name Type** | **Entity Name** |
|---|---|---|
| DEC 24, 2009 | Actual | NORTHEAST ADVANCE TECHNOLOGIES INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us

From: 845 534 8255 Page: 1/1 Date: 3/16/2010 10:52:31 AM

MAR-16-2010 08:58A FROM:CHECK-O-MATIC 12152438847 TO:8035348255 P.1/1

100

NORTHEAST ADVANCE TECHNOLOGIES INC.
P.O. BOX 938
CORNWALL, NY 12518

TD Banknorth
1-150/213

PAY
TO THE
ORDER OF

$

DOLLARS

VOID

AUTHORIZED SIGNATURE

MEMO

⑈000100⑈ ⑆02 1 201503⑆ [redacted]480 2⑈

NORTHEAST ADVANCE TECHNOLOGIES INC. 100

NORTHEAST ADVANCE TECHNOLOGIES INC. 100

TO REORDER PLEASE CALL CHECK-O-MATIC (845) 534-8255 TOLL FREE ...

**Brock, Jane**

**From:** Judy Lichtenstein [judyl@fidelitypayment.com]
**Sent:** Thursday, May 19, 2011 1:51 PM
**To:** NewMSPApps
**Subject:** new app
**Attachments:** complete application.pdf; ATT00001.txt

**Categories:** Jane

**Judy Lichtenstein**
Account Manager

**1.888.VIS.2.MAS**
Phone 718.782.2823 #310| Direct fax 718.687.1832
Email judyl@fidelitypayment.com | Web www.fidelitypayment.com

Notice of Confidentiality
The information contained in this message is confidential, and is intended for the addressee(s) only.
This information may also be legally privileged. If you have received this message in error, or there are any problems, please notify the originator immediately.
The unauthorized use, disclosure, copying or alteration of this message is strictly forbidden.
Fidelity Payment Services will not be liable for direct, special, indirect or consequential damages arising from alteration of the contents of this message by a third party or the actions of any virus or similar malicious agent.

**Atchley, Cory**

| | |
|---|---|
| **From:** | Judy Lichtenstein <judyl@fidelitypayment.com> |
| **Sent:** | Tuesday, May 31, 2011 2:41 PM |
| **To:** | Atchley, Cory |
| **Cc:** | Underwriting |
| **Subject:** | northeast advance technologies AWB1775675 |
| **Attachments:** | image001.jpg; new sig page.pdf; ATT00001.txt |

Please see attached new signature page.

**Judy Lichtenstein**
Account Manager

Fidelity
PAYMENT SERVICES

**1.888.VIS.2.MAS**
Phone 718.782.2823 #310| Direct fax 718.687.1832
Email judyl@fidelitypayment.com | Web www.fidelitypayment.com

Notice of Confidentiality
The information contained in this message is confidential, and is intended for the addressee(s) only.
This information may also be legally privileged. If you have received this message in error, or there are any problems, please notify the originator immediately.
The unauthorized use, disclosure, copying or alteration of this message is strictly forbidden.
Fidelity Payment Services will not be liable for direct, special, indirect or consequential damages arising from alteration of the contents of this message by a third party or the actions of any virus or similar malicious agent.

From: 8455348255 Page: 2/2 Date: 5/16/2011 2:43:06 PM

**Merchant Application**

Business Type: ☐ Sole Proprietor ☒ Public Corp ☒ Closely Held Corp ☐ Sub S Corp ☐ Government ☐ General Partnership ☐ Limited Partnership ☐ Tax Exempt Organization (include documents that support Exempt Status) ☐ Other (Acts/Estate/Trust) ☐ Limited Liability Company – Tax Classification (D=disregarded entity, C=corporation, P=partnership): (if LLC, please indicate D, C or P)

Name*: Northeast Advance Technologies Inc.

*Name (of business) as shown on your business income tax returns. For Sole Proprietors, this should always be the owner's name.

| | | | |
|---|---|---|---|
| Address: PO Box 38 | | | TIN (Employer Identification #): [redacted] 7453 or TIN (Social Security #): |
| City: Cornwall | State: NY | Zip Code: 10512 | |

Merchant Representations and Certifications. By signing below, the applicant (merchant ("Merchant") and its representative(s)) represent and warrant to Elavon, Inc. ("Elavon" or "Member" as applicable, with offices at 7300 Chapman Highway, Knoxville, TN 37920 (collectively, "we" or "us") that (i) all information provided in this merchant application ("Merchant Application") is true and complete and properly reflects the business, financial condition, and principal partners, owners, or officers of Merchant; and (ii) the persons signing this Merchant Application are duly authorized to bind Merchant to all provisions of this Merchant Application and the Agreement. [illegible]

[illegible]

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT. [illegible]

[illegible]

All merchants must comply with the requirements of the Payment Card Industry Data Security Standards ("PCI DSS"). [illegible]

[illegible]

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| | | | |
|---|---|---|---|
| Signature: X [signature] | Printed Name: E. Castillo | Title: Pres | Date: 5/16/11 |
| Signature: X | Printed Name: | Title: | Date: |

[illegible]

| | | | |
|---|---|---|---|
| Signature: X [signature] | Printed Name: E. Castillo | SSN#: [redacted] -6022 | Date: 5/16/11 |
| Signature: X | Printed Name: | SSN#: | Date: |

To the best of my knowledge, I certify that the information provided in the Merchant Application was provided by the Merchant and is true, complete and accurate. I further certify that the signatures were provided by the Merchant's owner(s) or officer(s), as appropriate.

Sales Rep Signature: X [signature] Printed Name: David Hirsch Rep ID #: 22489 Date: 5/16/2011

| | |
|---|---|
| Accepted by Elavon, Inc.: | Date: |
| Accepted by Member: | Date: |

**Request for Loss Prevention Discover Negative File Override**

8020611706
NORTHEAST ADVANCE TECHNOLOGIES

- ☐ **Declined**
- ☐ **Pended**
- ☒ **Approved**
- ☐ Reason for override request not provided.
- ☐ Insufficient information provided by requestor.
- ☐ Details of circumstances that lead to Discover Negative File not included.
- ☐ Previous processor not contacted.

If pended please provide a synopsis of why override is being requested to include circumstances of why merchant was placed on Discover Negative File with resubmission.

Loss Prevention Representative: Crystal Middleton
Date: 6/29/11
DBA: Northeast Advance Technologies
MID: 8020611706

Merchant placed on DNF by FACS Credit Card Wholesale 1/18/11 for VMA. Merchant provided processing statements from Fidelity Payment Services for 6/2010-1/2011 with minimal disputes. TOB engraving products; PL lowered from $67500 to $30k due to approved for large tickets and processing statements do not reflect large volume. Merchant is not on MATCH. Recommend override approval.

Approved by: [signature] Eric Woods
Signature Print name

Date Approved: 6/30/11

6/2010 -
1/2011
min disputes

FIDELITY PAYMENT SERVICES
442 SOUTH 5TH ST
BROOKLYN, NY 11211

Page: 1
Month Ending: 06/30/2010

**MERCHANT STATEMENT**
**SUMMARY OF BANKCARD DEPOSITS**

1511 3200 0200 01
Merchant Number: 518993320201270

DDA/SAV/GL Number: 4245471802
Chain:

NORTHEAST ADVANCE TECHNOLOGIES
PO BOX 38
CORNWALL NY 12518-0038

NORTHEAST ADVANCE TECHNOLOGIES
2 MILL ST
CORNWALL NY 12518-1266

TOTAL CHARGE TO YOUR ACCOUNT IS: 94.91
CUSTOMER SERVICE TEL #: 1-888-847-2627

**SUMMARY OF CARD DEPOSITS**

| Card Type | Count | Sales<br>Adjustments<br>Cash | Count | Returns<br>Excl Adj<br>Payments | Net |
|---|---|---|---|---|---|
| AMEX | 3 | $6,600.00 | 0 | $0.00 | $6,600.00 |
| | 0 | $0.00 | 0 | $0.00 | |
| | 0 | $0.00 | 0 | $0.00 | |
| VISA | 1 | 2,458.00 | 0 | 0.00 | 2,458.00 |
| | 0 | 0.00 | (-1) | (103.00) | |
| | 0 | 0.00 | 0 | 0.00 | |
| BANKCD TOT | 1 | | 0 | | |
| | 0 | | (-1) | | |
| | 0 | | 0 | | |
| TOTAL | 4 | $9,058.00 | 0 | $0.00 | $9,058.00 |
| | 0 | $0.00 | (-1) | $(103.00) | |
| | 0 | $0.00 | 0 | $0.00 | |

**SUMMARY OF CARD FEES**

| Card Fee Description | | Count/Amount | Rate | Card Fee Amount |
|---|---|---|---|---|
| | MASTERCARD | | | |
| POS-WATS | | 3 | 0.25000 | 0.75 |
| DISC 1 | | 0 | 0.02240 | 0.00 |
| TOTAL | | | | 0.75 |
| | AMEX | | | |
| POS-WATS | | 3 | 0.25000 | 0.75 |
| TOTAL | | | | 0.75 |
| | VISA | | | |
| POS-WATS | | 1 | 0.25000 | 0.25 |
| DISC 1 | | 0 | 0.02240 | 55.06 |
| DUES & | | 0 | 0.00000 | 2.27 |
| NON-QUALIFIED | | 0 | 0.00000 | 25.81 |
| ACQR PROCESSOR | | 1 | 0.01950 | 0.02 |
| TOTAL | | | | 83.41 |
| | TOTAL | | | |
| TOTAL CARD FEES | | | | 84.91 |

**SUMMARY OF MISCELLANEOUS FEES**

| Description | Count | Rate | Amount |
|---|---|---|---|
| TOTAL CARD FEES | | | $84.91 |
| STATEMENT FEE | 0 | 0.00000 | 10.00 |
| TOTAL CHARGES | 0 | 0.00000 | $94.91 |

**SUMMARY OF MONETARY BATCHES**

| Date | Gross | Returns/Corrections | Net | Reference Number |
|---|---|---|---|---|
| 06/09 | $(103.00) | $0.00 | $(103.00) | 060910MOADJ |

FIDELITY PAYMENT SERVICES
442 SOUTH 5TH ST
BROOKLYN, NY 11211

Page: 2
Month Ending: 06/30/2010

**MERCHANT STATEMENT**
**SUMMARY OF BANKCARD DEPOSITS**

1511 3200 0200 01
Merchant Number: 518993320201270

DDA/SAV/GL Number: 4245471802
Chain:

NORTHEAST ADVANCE TECHNOLOGIES
PO BOX 38
CORNWALL NY 12518-0038

NORTHEAST ADVANCE TECHNOLOGIES
2 MILL ST
CORNWALL NY 12518-1266

TOTAL CHARGE TO YOUR ACCOUNT IS: 94.91
CUSTOMER SERVICE TEL #: 1-888-847-2627

**SUMMARY OF MONETARY BATCHES**

| Date | Gross | Returns/Corrections | Net | Reference Number |
|---|---|---|---|---|
| 06/03 | 1,985.00 | 0.00 | 1,985.00 | 98015411548 |
| 06/14 | 5,108.00 | 0.00 | 5,108.00 | 98016511524 |
| 06/15 | 1,965.00 | 0.00 | 1,965.00 | 98016611543 |

**SUMMARY OF DAILY DEPOSIT**
**ALL CARD TYPES**

| Date | Sales / Chrgbl/Adj / Cash Count | Amount | Returns / Excl Adj / Payments Count | Amount | Daily Discount / Daily Total |
|---|---|---|---|---|---|
| 06/03/2011 | 1 | $1,985.00 | 0 | $0.00 | $0.00 |
| | 0 | $0.00 | 0 | $0.00 | $1,985.00 |
| | 0 | $0.00 | 0 | $0.00 | |
| 06/09/2011 | 0 | 0.00 | 0 | 0.00 | 0.00 |
| | 0 | 0.00 | 1 | (103.00) | (103.00) |
| | 0 | 0.00 | 0 | 0.00 | |
| 06/14/2011 | 2 | 5,108.00 | 0 | 0.00 | 0.00 |
| | 0 | 0.00 | 0 | 0.00 | 5,108.00 |
| | 0 | 0.00 | 0 | 0.00 | |
| 06/15/2011 | 1 | 1,965.00 | 0 | 0.00 | 0.00 |
| | 0 | 0.00 | 0 | 0.00 | 1,965.00 |
| | 0 | 0.00 | 0 | 0.00 | |

**SUMMARY OF DEPOSITS**

| Date | Bank Deposited | Amex Deposited | Discover / JCB Deposited | Diners Deposited / AUDBC Deposited |
|---|---|---|---|---|
| 06/03 | $0.00 | $1,985.00 | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| 06/09 | (103.00) | 0.00 | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| 06/14 | 2,458.00 | 2,650.00 | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| 06/15 | 0.00 | 1,965.00 | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |

FIDELITY PAYMENT SERVICES
442 SOUTH 5TH ST
BROOKLYN, NY 11211

Page: 1
Month Ending: 07/31/2010

MERCHANT STATEMENT
SUMMARY OF BANKCARD DEPOSITS

1511 3200 0200 01
Merchant Number: 518993320201270

DDA/SAV/GL Number: 4245471802
Chain:

NORTHEAST ADVANCE TECHNOLOGIES
PO BOX 38
CORNWALL NY 12518-0038

NORTHEAST ADVANCE TECHNOLOGIES
2 MILL ST
CORNWALL NY 12518-1266

TOTAL CHARGE TO YOUR ACCOUNT IS: 94.52
CUSTOMER SERVICE TEL #: 1-888-847-2627

SUMMARY OF CARD DEPOSITS

| Card Type | Count | Sales<br>Adjustments<br>Cash | Count | Returns<br>Excl Adj<br>Payments | Net |
|---|---|---|---|---|---|
| VISA | 1 | $3,000.00 | 0 | $0.00 | $3,000.00 |
| | 0 | $0.00 | 0 | $0.00 | |
| | 0 | $0.00 | 0 | $0.00 | |
| TOTAL | 1 | | 0 | | |
| | 0 | | 0 | | |
| | 0 | | 0 | | |

SUMMARY OF CARD FEES

| Card Fee Description | | Count/Amount | Rate | Card Fee Amount |
|---|---|---|---|---|
| | MASTERCARD | | | |
| POS AUTHS | | 1 | 0.25000 | 0.25 |
| DISC 1 | | 0 | 0.02240 | 0.00 |
| TOTAL | | | | 0.25 |
| | VISA | | | |
| POS AUTHS | | 1 | 0.25000 | 0.25 |
| DISC 1 | | 0 | 0.02240 | 67.20 |
| DUES & | | 0 | 0.00000 | 3.30 |
| NON-QUALIFIED | | 0 | 0.00000 | 13.50 |
| ACQR PROCESSOR | | 1 | 0.01950 | 0.02 |
| TOTAL | | | | 84.27 |
| | TOTAL | | | |
| TOTAL CARD FEES | | | | 84.52 |

SUMMARY OF MISCELLANEOUS FEES

| Description | Count | Rate | Amount |
|---|---|---|---|
| TOTAL CARD FEES | | | $84.52 |
| STATEMENT FEE | 0 | 0.00000 | 10.00 |
| TOTAL CHARGES | 0 | 0.00000 | $94.52 |

SUMMARY OF MONETARY BATCHES

| Date | Gross | Returns/Corrections | Net | Reference Number |
|---|---|---|---|---|
| 07/21 | $3,000.00 | $0.00 | $3,000.00 | 98020241876 |

FIDELITY PAYMENT SERVICES
442 SOUTH 5TH ST
BROOKLYN, NY 11211

Page: 2
Month Ending: 07/31/2010

MERCHANT STATEMENT
SUMMARY OF BANKCARD DEPOSITS

1511 3200 0200 01
Merchant Number: 518993320201270

DDA/SAV/GL Number: 4245471802
Chain:

NORTHEAST ADVANCE TECHNOLOGIES
PO BOX 38
CORNWALL NY 12518-0038

NORTHEAST ADVANCE TECHNOLOGIES
2 MILL ST
CORNWALL NY 12518-1266

TOTAL CHARGE TO YOUR ACCOUNT IS: 94.52
CUSTOMER SERVICE TEL #: 1-888-847-2827

SUMMARY OF DAILY DEPOSIT
ALL CARD TYPES

| | Sales<br>Chrgbl/Adj<br>Cash | | Returns<br>Excl Adj<br>Payments | | Daily Discount<br>Daily Total |
|---|---|---|---|---|---|
| Date | Count | Amount | Count | Amount | |
| 07/21/2010 | 1 | $3,000.00 | 0 | $0.00 | $0.00 |
| | 0 | $0.00 | 0 | $0.00 | $3,000.00 |
| | 0 | $0.00 | 0 | $0.00 | |

FIDELITY PAYMENT SERVICES
442 SOUTH 5TH ST
BROOKLYN, NY 11211

Page: 1
Month Ending: 08/31/2010

**MERCHANT STATEMENT**
**SUMMARY OF BANKCARD DEPOSITS**

1511 3200 0200 01
Merchant Number: 518993320201270

DDA/SAV/GL Number: 4245471802
Chain:

NORTHEAST ADVANCE TECHNOLOGIES
PO BOX 38
CORNWALL NY 12518-0038

NORTHEAST ADVANCE TECHNOLOGIES
2 MILL ST
CORNWALL NY 12518-1266

TOTAL CHARGE TO YOUR ACCOUNT IS: 166.77
CUSTOMER SERVICE TEL #: 1-888-847-2627

**MESSAGES**
!ATTENTION!

CARD ASSOCIATIONS PERIODICALLY REVIEW THEIR INTERCHANGE RATE PROGRAMS, MODIFYING THEM AS THEY DEEM APPROPRIATE. THIS IS TO ADVISE YOU THAT THE PAYMENT CARD BRANDS HAVE RECENTLY ANNOUNCED MODIFICATIONS TO MANY OF THEIR INTERCHANGE RATES. RATES AND QUALIFICATION CRITERIA FOR CERTAIN CATEGORIES OF VISA, MASTERCARD AND DISCOVER INTERCHANGE ARE BEING CHANGED, INCLUDING CERTAIN CATEGORIES OF DOWNGRADED TRANSACTIONS. EFFECTIVE WITH YOUR OCTOBER 2010 STATEMENT, YOU MAY NOTICE CHANGES IN YOUR RATES AND IN YOUR RELATIVE QUALIFICATION PERCENTAGES AS WE IMPLEMENT THESE CHANGES.

VISA NETWORK HAS ANNOUNCED THAT EFFECTIVE JULY 2010, THERE WILL BE AN INCREASE IN DUES AND ASSESSMENTS FROM 0.0925% TO 0.11%. DISCOVER NETWORK HAS ANNOUNCED THAT EFFECTIVE OCTOBER 2010, THERE WILL BE AN INCREASE IN DUES AND ASSESSMENTS FROM 0.0925% TO 0.10%. IF YOU ARE ASSESSED DUES AND ASSESSMENT FEES TODAY, THIS INCREASE WILL BE APPLIED TO YOUR ACCOUNT EFFECTIVE WITH YOUR OCTOBER 2010 STATEMENT.
EFFECTIVE OCTOBER 1, 2010, QUALIFIED DISCOUNT RATES FOR VISA, WILL BE INCREASED BY 0.02%. AND DISCOVER FULL ACQUIRING TRANSACTIONS WILL BE INCREASED BY 0.01

IF YOUR ACCOUNT IS SET WITH TIERED PRICING, DISCOUNT RATES WILL BE INCREASED BY:
VISA
QUALIFIED, MID QUALIFIED AND NON QUALIFIED DISCOUNT
0.02%
DISCOVER
QUALIFIED, MID QUALIFIED AND NON QUALIFIED DISCOUNT
0.01%

EFFECTIVE OCTOBER 1, 2010, FOR DISCOVER FULL ACQUIRING, THERE WILL BE AN INCREASE IN THE INTERNATIONAL PROCESSING FEE BY 0.10% FROM 0.30% TO 0.40%. THIS FEE IS CHARGED FOR CARD SALES (INCLUDING CASH OVER AND CASH ADVANCES) WHEN THE COUNTRY OF WHERE THE MERCHANT IS LOCATED IS DIFFERENT THAN THE COUNTRY OF THE ISSUER. IF YOU ARE ASSESSED THE DISCOVER INTERNATIONAL PROCESSING FEE TODAY, THIS INCREASE WILL BE APPLIED TO YOUR OCTOBER 2010 STATEMENT.

EFFECTIVE OCTOBER 1, 2010, FOR DISCOVER FULL ACQUIRING, A DATA USAGE CHARGE OF 0.0185% PER DISCOVER FULL ACQUIRING SALE WILL BE PASSED THROUGH TO YOU.
IF YOU HAVE ANY QUESTIONS REGARDING THESE CHANGES, PLEASE CONTACT US AT THE CUSTOMER SERVICE NUMBER LISTED ABOVE.

**SUMMARY OF CARD DEPOSITS**

| Card Type | Count | Sales<br>Adjustments<br>Cash | Count | Returns<br>Excl Adj<br>Payments | Net |
|---|---|---|---|---|---|
| AMEX | 3 | $15,596.50 | 0 | $0.00 | $15,596.50 |
| | 0 | $0.00 | 0 | $0.00 | |
| | 0 | $0.00 | 0 | $0.00 | |

FIDELITY PAYMENT SERVICES
442 SOUTH 5TH ST
BROOKLYN, NY 11211

Page: 2
Month Ending: 08/31/2010

**MERCHANT STATEMENT**
**SUMMARY OF BANKCARD DEPOSITS**

1511 3200 0200 01
Merchant Number: 518993320201270

DDA/SAV/GL Number: 4245471802
Chain:

NORTHEAST ADVANCE TECHNOLOGIES
PO BOX 38
CORNWALL NY 12518-0038

NORTHEAST ADVANCE TECHNOLOGIES
2 MILL ST
CORNWALL NY 12518-1266

TOTAL CHARGE TO YOUR ACCOUNT IS: - 166.77
CUSTOMER SERVICE TEL #: 1-888-847-2627

**SUMMARY OF CARD DEPOSITS**

| Card Type | Count | Sales / Adjustments / Cash | Count | Returns / Excl Adj / Payments | Net |
|---|---|---|---|---|---|
| VISA | 1 | 5,000.00 | 0 | 0.00 | 5,000.00 |
| | 0 | 0.00 | (-1) | (94.52) | |
| | 0 | 0.00 | 0 | 0.00 | |
| BANKCD TOT | 1 | | 0 | | |
| | 0 | | (-1) | | |
| | 0 | | 0 | | |
| TOTAL | 4 | $20,596.50 | 0 | $0.00 | $20,596.50 |
| | 0 | $0.00 | (-1) | $(94.52) | |
| | 0 | $0.00 | 0 | $0.00 | |

**SUMMARY OF CARD FEES**

| Card Fee Description | | Count/Amount | Rate | Card Fee Amount |
|---|---|---|---|---|
| | MASTERCARD | | | |
| POS AUTHS | | 3 | 0.25000 | 0.75 |
| DISC 1 | | 0 | 0.02240 | 0.00 |
| TOTAL | | | | 0.75 |
| | AMEX | | | |
| POS AUTHS | | 3 | 0.25000 | 0.75 |
| TOTAL | | | | 0.75 |
| | VISA | | | |
| POS AUTHS | | 1 | 0.25000 | 0.25 |
| DISC 1 | | 0 | 0.02240 | 112.00 |
| DUES & | | 0 | 0.00000 | 5.50 |
| NON-QUALIFIED | | 0 | 0.00000 | 37.50 |
| ACQR PROCESSOR | | 1 | 0.01950 | 0.02 |
| TOTAL | | | | 155.27 |
| | TOTAL | | | |
| TOTAL CARD FEES | | | | 156.77 |

**SUMMARY OF MISCELLANEOUS FEES**

| Description | Count | Rate | Amount |
|---|---|---|---|
| TOTAL CARD FEES | | | $156.77 |
| STATEMENT FEE | 0 | 0.00000 | 10.00 |
| TOTAL CHARGES | 0 | 0.00000 | $166.77 |

**SUMMARY OF MONETARY BATCHES**

| Date | Gross | Returns/Corrections | Net | Reference Number |
|---|---|---|---|---|
| 08/23 | $(94.52) | $0.00 | $(94.52) | 082310MOADJ |
| 08/20 | 2,000.00 | 0.00 | 2,000.00 | 98023241057 |
| 08/26 | 5,000.00 | 0.00 | 5,000.00 | 98023841999 |
| 08/31 | 13,596.50 | 0.00 | 13,596.50 | 98024311601 |

FIDELITY PAYMENT SERVICES
442 SOUTH 5TH ST
BROOKLYN, NY 11211

Page: 3
Month Ending: 08/31/2010

MERCHANT STATEMENT
SUMMARY OF BANKCARD DEPOSITS

1511 3200 0200 01
Merchant Number: 518993320201270

DDA/SAV/GL Number: 4245471802
Chain:

NORTHEAST ADVANCE TECHNOLOGIES
PO BOX 38
CORNWALL NY 12518-0038

NORTHEAST ADVANCE TECHNOLOGIES
2 MILL ST
CORNWALL NY 12518-1266

TOTAL CHARGE TO YOUR ACCOUNT IS: 166.77
CUSTOMER SERVICE TEL #: 1-888-847-2627

SUMMARY OF DAILY DEPOSIT
ALL CARD TYPES

| Date | Sales / Chrgbl/Adj / Cash Count | Amount | Returns / Excl Adj / Payments Count | Amount | Daily Discount / Daily Total |
|---|---|---|---|---|---|
| 08/20/2010 | 1 | $2,000.00 | 0 | $0.00 | $0.00 |
| | 0 | $0.00 | 0 | $0.00 | $2,000.00 |
| | 0 | $0.00 | 0 | $0.00 | |
| 08/23/2010 | 0 | 0.00 | 0 | 0.00 | 0.00 |
| | 0 | 0.00 | 1 | (94.52) | (94.52) |
| | 0 | 0.00 | 0 | 0.00 | |
| 08/26/2010 | 1 | 5,000.00 | 0 | 0.00 | 0.00 |
| | 0 | 0.00 | 0 | 0.00 | 5,000.00 |
| | 0 | 0.00 | 0 | 0.00 | |
| 08/31/2010 | 2 | 13,596.50 | 0 | 0.00 | 0.00 |
| | 0 | 0.00 | 0 | 0.00 | 13,596.50 |
| | 0 | 0.00 | 0 | 0.00 | |

SUMMARY OF DEPOSITS

| Date | Bank Deposited | Amex Deposited | Discover / JCB Deposited | Diners Deposited / AUDBC Deposited |
|---|---|---|---|---|
| 08/20 | $0.00 | $2,000.00 | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| 08/23 | (94.52) | 0.00 | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| 08/26 | 5,000.00 | 0.00 | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| 08/31 | 0.00 | 13,596.50 | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |

FIDELITY PAYMENT SERVICES
442 SOUTH 5TH ST
BROOKLYN, NY 11211

Page: 1
Month Ending: 09/30/2010

**MERCHANT STATEMENT**
**SUMMARY OF BANKCARD DEPOSITS**

1511 3200 0200 01
Merchant Number: 518993320201270

DDA/SAV/GL Number: 4245471802
Chain:

NORTHEAST ADVANCE TECHNOLOGIES
PO BOX 38
CORNWALL NY 12518-0038

NORTHEAST ADVANCE TECHNOLOGIES
2 MILL ST
CORNWALL NY 12518-1266

TOTAL CHARGE TO YOUR ACCOUNT IS: 405.67
CUSTOMER SERVICE TEL #: 1-888-847-2627

**MESSAGES**
!ATTENTION!

CARD ASSOCIATIONS PERIODICALLY REVIEW THEIR INTERCHANGE RATE PROGRAMS, MODIFYING THEM AS THEY DEEM APPROPRIATE. THIS IS TO ADVISE YOU THAT THE PAYMENT CARD BRANDS HAVE RECENTLY ANNOUNCED MODIFICATIONS TO MANY OF THEIR INTERCHANGE RATES. RATES AND QUALIFICATION CRITERIA FOR CERTAIN CATEGORIES OF VISA, MASTERCARD AND DISCOVER INTERCHANGE ARE BEING CHANGED, INCLUDING CERTAIN CATEGORIES OF DOWNGRADED TRANSACTIONS. EFFECTIVE WITH YOUR OCTOBER 2010 STATEMENT, YOU MAY NOTICE CHANGES IN YOUR RATES AND IN YOUR RELATIVE QUALIFICATION PERCENTAGES AS WE IMPLEMENT THESE CHANGES.

VISA NETWORK HAS ANNOUNCED THAT EFFECTIVE JULY 2010, THERE WILL BE AN INCREASE IN DUES AND ASSESSMENTS FROM 0.0925% TO 0.11%. DISCOVER NETWORK HAS ANNOUNCED THAT EFFECTIVE OCTOBER 2010, THERE WILL BE AN INCREASE IN DUES AND ASSESSMENTS FROM 0.0925% TO 0.10%. IF YOU ARE ASSESSED DUES AND ASSESSMENT FEES TODAY, THIS INCREASE WILL BE APPLIED TO YOUR ACCOUNT EFFECTIVE WITH YOUR OCTOBER 2010 STATEMENT.
EFFECTIVE OCTOBER 1, 2010, QUALIFIED DISCOUNT RATES FOR VISA, WILL BE INCREASED BY 0.02%. AND DISCOVER FULL ACQUIRING TRANSACTIONS WILL BE INCREASED BY 0.01

IF YOUR ACCOUNT IS SET WITH TIERED PRICING, DISCOUNT RATES WILL BE INCREASED BY:
VISA
QUALIFIED, MID QUALIFIED AND NON QUALIFIED DISCOUNT
0.02%
DISCOVER
QUALIFIED, MID QUALIFIED AND NON QUALIFIED DISCOUNT
0.01%

EFFECTIVE OCTOBER 1, 2010, FOR DISCOVER FULL ACQUIRING, THERE WILL BE AN INCREASE IN THE INTERNATIONAL PROCESSING FEE BY 0.10% FROM 0.30% TO 0.40%. THIS FEE IS CHARGED FOR CARD SALES (INCLUDING CASH OVER AND CASH ADVANCES) WHEN THE COUNTRY OF WHERE THE MERCHANT IS LOCATED IS DIFFERENT THAN THE COUNTRY OF THE ISSUER. IF YOU ARE ASSESSED THE DISCOVER INTERNATIONAL PROCESSING FEE TODAY, THIS INCREASE WILL BE APPLIED TO YOUR OCTOBER 2010 STATEMENT.

EFFECTIVE OCTOBER 1, 2010, FOR DISCOVER FULL ACQUIRING, A DATA USAGE CHARGE OF 0.0185% PER DISCOVER FULL ACQUIRING SALE WILL BE PASSED THROUGH TO YOU. IF YOU HAVE ANY QUESTIONS REGARDING THESE CHANGES, PLEASE CONTACT US AT THE CUSTOMER SERVICE NUMBER LISTED ABOVE.

**SUMMARY OF CARD DEPOSITS**

| Card Type | Count | Sales / Adjustments / Cash | Count | Returns / Excl Adj / Payments | Net |
|---|---|---|---|---|---|
| AMEX | 1 | $7,480.00 | 0 | $0.00 | $7,480.00 |
| | 0 | $0.00 | 0 | $0.00 | |
| | 0 | $0.00 | 0 | $0.00 | |

FIDELITY PAYMENT SERVICES
442 SOUTH 5TH ST
BROOKLYN, NY 11211

Page: 2
Month Ending: 09/30/2010

**MERCHANT STATEMENT**
**SUMMARY OF BANKCARD DEPOSITS**

1511 3200 0200 01
Merchant Number: 518993320201270

DDA/SAV/GL Number: 4245471802
Chain:

NORTHEAST ADVANCE TECHNOLOGIES
PO BOX 38
CORNWALL NY 12518-0038

NORTHEAST ADVANCE TECHNOLOGIES
2 MILL ST
CORNWALL NY 12518-1266

TOTAL CHARGE TO YOUR ACCOUNT IS: 406.87
CUSTOMER SERVICE TEL #: 1-888-847-2627

**SUMMARY OF CARD DEPOSITS**

| Card Type | Count | Sales / Adjustments / Cash | Count | Returns / Excl Adj / Payments | Net |
|---|---|---|---|---|---|
| VISA | 3 | 9,965.00 | 0 | 0.00 | 9,965.00 |
| | 0 | 0.00 | 0 | 0.00 | |
| | 0 | 0.00 | 0 | 0.00 | |
| BANKCD TOT | 3 | | 0 | | |
| | 0 | | 0 | | |
| | 0 | | 0 | | |
| TOTAL | 4 | $17,445.00 | 0 | $0.00 | $17,445.00 |
| | 0 | $0.00 | 0 | $0.00 | |
| | 0 | $0.00 | 0 | $0.00 | |

**SUMMARY OF CARD FEES**

| Card Fee Description | | Count/Amount | Rate | Card Fee Amount |
|---|---|---|---|---|
| | MASTERCARD | | | |
| POS AUTHS | | 4 | 0.25000 | 1.00 |
| DISC 1 | | 0 | 0.02240 | 0.00 |
| TOTAL | | | | 1.00 |
| | AMEX | | | |
| POS AUTHS | | 1 | 0.25000 | 0.25 |
| TOTAL | | | | 0.25 |
| | VISA | | | |
| POS AUTHS | | 3 | 0.25000 | 0.75 |
| DISC 1 | | 0 | 0.02240 | 223.22 |
| DUES & | | 0 | 0.00000 | 10.96 |
| NON-QUALIFIED | | 0 | 0.00000 | 71.63 |
| ACQR PROCESSOR | | 3 | 0.01950 | 0.06 |
| TOTAL | | | | 306.62 |
| | TOTAL | | | |
| TOTAL CARD FEES | | | | 307.87 |

**SUMMARY OF MISCELLANEOUS FEES**

| Description | Count | Rate | Amount |
|---|---|---|---|
| TOTAL CARD FEES | | | $307.87 |
| STATEMENT FEE | 0 | 0.00000 | 10.00 |
| ANNUAL FEE | 0 | 0.00000 | 89.00 |
| TOTAL CHARGES | 0 | 0.00000 | $406.87 |

**SUMMARY OF MONETARY BATCHES**

| Date | Gross | Returns/Corrections | Net | Reference Number |
|---|---|---|---|---|
| 09/01 | $7,480.00 | $0.00 | $7,480.00 | 98024411617 |
| 09/16 | 5,000.00 | 0.00 | 5,000.00 | 98025941008 |
| 09/20 | 4,965.00 | 0.00 | 4,965.00 | 98026341650 |

FIDELITY PAYMENT SERVICES
442 SOUTH 5TH ST
BROOKLYN, NY 11211

Page: 3
Month Ending: 09/30/2010

MERCHANT STATEMENT
SUMMARY OF BANKCARD DEPOSITS

1511 3200 0200 01
Merchant Number: 518993320201270

DDA/SAV/GL Number: 4245471802
Chain:

NORTHEAST ADVANCE TECHNOLOGIES
PO BOX 38
CORNWALL NY 12518-0038

NORTHEAST ADVANCE TECHNOLOGIES
2 MILL ST
CORNWALL NY 12518-1266

TOTAL CHARGE TO YOUR ACCOUNT IS: 408.87
CUSTOMER SERVICE TEL #: 1-888-847-2627

SUMMARY OF DAILY DEPOSIT
ALL CARD TYPES

| Date | Sales / Chrgbl/Adj / Cash Count | Amount | Returns / Excl Adj / Payments Count | Amount | Daily Discount / Daily Total |
|---|---|---|---|---|---|
| 09/01/2010 | 1 | $7,480.00 | 0 | $0.00 | $0.00 |
| | 0 | $0.00 | 0 | $0.00 | $7,480.00 |
| | 0 | $0.00 | 0 | $0.00 | |
| 09/16/2010 | 1 | 5,000.00 | 0 | 0.00 | 0.00 |
| | 0 | 0.00 | 0 | 0.00 | 5,000.00 |
| | 0 | 0.00 | 0 | 0.00 | |
| 09/20/2010 | 2 | 4,965.00 | 0 | 0.00 | 0.00 |
| | 0 | 0.00 | 0 | 0.00 | 4,965.00 |
| | 0 | 0.00 | 0 | 0.00 | |

SUMMARY OF DEPOSITS

| Date | Bank Deposited | Amex Deposited | Discover / JCB Deposited | Diners Deposited / AUDBC Deposited |
|---|---|---|---|---|
| 09/01 | $0.00 | $7,480.00 | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| 09/16 | 5,000.00 | 0.00 | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| 09/20 | 4,965.00 | 0.00 | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |

FIDELITY PAYMENT SERVICES
442 SOUTH 5TH ST
BROOKLYN, NY 11211

Page: 1
Month Ending: 10/31/2010

MERCHANT STATEMENT
SUMMARY OF BANKCARD DEPOSITS

1511 3200 0200 01
Merchant Number: 518993320201270

DDA/SAV/GL Number: 4245471802
Chain:

NORTHEAST ADVANCE TECHNOLOGIES
PO BOX 38
CORNWALL NY 12518-0038

NORTHEAST ADVANCE TECHNOLOGIES
2 MILL ST
CORNWALL NY 12518-1266

TOTAL CHARGE TO YOUR ACCOUNT IS: 28.28
CUSTOMER SERVICE TEL #: 1-888-847-2627

SUMMARY OF CARD DEPOSITS

| Card Type | Count | Sales / Adjustments / Cash | Count | Returns / Excl Adj / Payments | Net |
|---|---|---|---|---|---|
| VISA | 1 | $519.50 | 0 | $0.00 | $519.50 |
| | 0 | $0.00 | 0 | $0.00 | |
| | 0 | $0.00 | 0 | $0.00 | |
| TOTAL | 1 | | 0 | | |
| | 0 | | 0 | | |
| | 0 | | 0 | | |

SUMMARY OF CARD FEES

| Card Fee Description | | Count/Amount | Rate | Card Fee Amount |
|---|---|---|---|---|
| | MASTERCARD | | | |
| POS AUTHS | | 1 | 0.25000 | 0.25 |
| DISC 1 | | 0 | 0.02240 | 0.00 |
| TOTAL | | | | 0.25 |
| | VISA | | | |
| POS AUTHS | | 1 | 0.25000 | 0.25 |
| DISC 1 | | 0 | 0.02260 | 11.74 |
| DUES & | | 0 | 0.00000 | 0.57 |
| NON-QUALIFIED | | 0 | 0.00000 | 5.45 |
| ACQR PROCESSOR | | 1 | 0.01950 | 0.02 |
| TOTAL | | | | 18.03 |
| | TOTAL | | | |
| TOTAL CARD FEES | | | | 18.28 |

SUMMARY OF MISCELLANEOUS FEES

| Description | Count | Rate | Amount |
|---|---|---|---|
| TOTAL CARD FEES | | | $18.28 |
| STATEMENT FEE | 0 | 0.00000 | 10.00 |
| TOTAL CHARGES | 0 | 0.00000 | $28.28 |

SUMMARY OF MONETARY BATCHES

| Date | Gross | Returns/Corrections | Net | Reference Number |
|---|---|---|---|---|
| 10/28 | $519.50 | $0.00 | $519.50 | 98030111643 |

FIDELITY PAYMENT SERVICES
442 SOUTH 5TH ST
BROOKLYN, NY 11211

Page: 2
Month Ending: 10/31/2010

MERCHANT STATEMENT
SUMMARY OF BANKCARD DEPOSITS

1511 3200 0200 01
Merchant Number: 518993320201270

DDA/SAV/GL Number: 4245471802
Chain:

NORTHEAST ADVANCE TECHNOLOGIES
PO BOX 38
CORNWALL NY 12518-0038

NORTHEAST ADVANCE TECHNOLOGIES
2 MILL ST
CORNWALL NY 12518-1266

TOTAL CHARGE TO YOUR ACCOUNT IS: 28.28
CUSTOMER SERVICE TEL #: 1-888-847-2827

SUMMARY OF DAILY DEPOSIT
ALL CARD TYPES

| | Sales Chrgbl/Adj Cash | | Returns Excl Adj Payments | | Daily Discount Daily Total |
|---|---|---|---|---|---|
| Date | Count | Amount | Count | Amount | |
| 10/28/2010 | 1 | $519.50 | 0 | $0.00 | $0.00 |
| | 0 | $0.00 | 0 | $0.00 | $519.50 |
| | 0 | $0.00 | 0 | $0.00 | |

FIDELITY PAYMENT SERVICES
442 SOUTH 5TH ST
BROOKLYN, NY 11211

Page: 1
Month Ending: 11/30/2010

**MERCHANT STATEMENT**
**SUMMARY OF BANKCARD DEPOSITS**

1511 3200 0200 01
Merchant Number: 518993320201270

DDA/SAV/GL Number: 4245471802
Chain:

NORTHEAST ADVANCE TECHNOLOGIES
PO BOX 38
CORNWALL NY 12518-0038

NORTHEAST ADVANCE TECHNOLOGIES
2 MILL ST
CORNWALL NY 12518-1266

TOTAL CHARGE TO YOUR ACCOUNT IS: 417.66
CUSTOMER SERVICE TEL #: 1-888-847-2627

**MESSAGES**
**!ATTENTION!**

AS YOU MAY KNOW, PAYMENT CARD INDUSTRY (PCI) DATA SECURITY STANDARDS (DSS) REQUIRES ALL MERCHANTS TO TAKE CERTAIN NECESSARY STEPS IN ORDER TO ENSURE THAT ALL CARDHOLDER DATA IS KEPT SECURE. FIDELITY HAS ROLLED OUT ITS PCI/DSS COMPLIANCE PROGRAM IN NOVEMBER 2009. IF YOU HAVE NOT ALREADY BECOME COMPLIANT, WE URGE YOU TO TAKE A MOMENT TO EDUCATE YOURSELF ABOUT PCI BY VISITING US ON THE WEB AT: WWW.FIDELITYPAYMENT.COM/PCI. SHOULD YOU HAVE ANY QUESTIONS ABOUT PCI PLEASE CONTACT OUR DEDICATED PCI DEPARTMENT AT 718-782-2823

**SUMMARY OF CARD DEPOSITS**

| Card Type | Count | Sales<br>Adjustments<br>Cash | Count | Returns<br>Excl Adj<br>Payments | Net |
|---|---|---|---|---|---|
| AMEX | 1 | $10,055.00 | 0 | $0.00 | $10,055.00 |
| | 0 | $0.00 | 0 | $0.00 | |
| | 0 | $0.00 | 0 | $0.00 | |
| VISA | 3 | 13,000.00 | 0 | 0.00 | 13,000.00 |
| | 0 | 0.00 | 0 | 0.00 | |
| | 0 | 0.00 | 0 | 0.00 | |
| BANKCD TOT | 3 | | 0 | | |
| | 0 | | 0 | | |
| | 0 | | 0 | | |
| TOTAL | 4 | $23,055.00 | 0 | $0.00 | $23,055.00 |
| | 0 | $0.00 | 0 | $0.00 | |
| | 0 | $0.00 | 0 | $0.00 | |

**SUMMARY OF CARD FEES**

| Card Fee Description | | Count/Amount | Rate | Card Fee Amount |
|---|---|---|---|---|
| | MASTERCARD | | | |
| POS AUTHS | | 4 | 0.25000 | 1.00 |
| DISC 1 | | 0 | 0.02240 | 0.00 |
| TOTAL | | | | 1.00 |
| | AMEX | | | |
| POS AUTHS | | 1 | 0.25000 | 0.25 |
| TOTAL | | | | 0.25 |
| | VISA | | | |
| POS AUTHS | | 3 | 0.25000 | 0.75 |
| DISC 1 | | 0 | 0.02260 | 293.80 |
| DUES & | | 0 | 0.00000 | 14.30 |
| NON-QUALIFIED | | 0 | 0.00000 | 97.50 |
| ACQR PROCESSOR | | 3 | 0.01950 | 0.06 |
| TOTAL | | | | 405.41 |

FIDELITY PAYMENT SERVICES
442 SOUTH 5TH ST
BROOKLYN, NY 11211

Page: 2
Month Ending: 11/30/2010

MERCHANT STATEMENT
SUMMARY OF BANKCARD DEPOSITS

1511 3200 0200 01
Merchant Number: 518993320201270

DDA/SAV/GL Number: 4245471802
Chain:

NORTHEAST ADVANCE TECHNOLOGIES
PO BOX 38
CORNWALL NY 12518-0038

NORTHEAST ADVANCE TECHNOLOGIES
2 MILL ST
CORNWALL NY 12518-1266

TOTAL CHARGE TO YOUR ACCOUNT IS: 417.66
CUSTOMER SERVICE TEL #: 1-888-847-2627

SUMMARY OF CARD FEES

| Card Fee Description | Count/Amount | Rate | Card Fee Amount |
|---|---|---|---|
| TOTAL | | | |
| TOTAL CARD FEES | | | 407.66 |

SUMMARY OF MISCELLANEOUS FEES

| Description | Count | Rate | Amount |
|---|---|---|---|
| TOTAL CARD FEES | | | $407.66 |
| STATEMENT FEE | 0 | 0.00000 | 10.00 |
| TOTAL CHARGES | 0 | 0.00000 | $417.66 |

SUMMARY OF MONETARY BATCHES

| Date | Gross | Returns/Corrections | Net | Reference Number |
|---|---|---|---|---|
| 11/09 | $3,000.00 | $0.00 | $3,000.00 | 98031341882 |
| 11/16 | 5,000.00 | 0.00 | 5,000.00 | 98032041927 |
| 11/22 | 5,000.00 | 0.00 | 5,000.00 | 98032641811 |
| 11/24 | 10,055.00 | 0.00 | 10,055.00 | 98032811682 |

SUMMARY OF DAILY DEPOSIT
ALL CARD TYPES

| Date | Sales / Chrgbl/Adj / Cash Count | Amount | Returns / Excl Adj / Payments Count | Amount | Daily Discount / Daily Total |
|---|---|---|---|---|---|
| 11/09/2010 | 1 | $3,000.00 | 0 | $0.00 | $0.00 |
| | 0 | $0.00 | 0 | $0.00 | $3,000.00 |
| | 0 | $0.00 | 0 | $0.00 | |
| 11/16/2010 | 1 | 5,000.00 | 0 | 0.00 | 0.00 |
| | 0 | 0.00 | 0 | 0.00 | 5,000.00 |
| | 0 | 0.00 | 0 | 0.00 | |
| 11/22/2010 | 1 | 5,000.00 | 0 | 0.00 | 0.00 |
| | 0 | 0.00 | 0 | 0.00 | 5,000.00 |
| | 0 | 0.00 | 0 | 0.00 | |
| 11/24/2010 | 1 | 10,055.00 | 0 | 0.00 | 0.00 |
| | 0 | 0.00 | 0 | 0.00 | 10,055.00 |
| | 0 | 0.00 | 0 | 0.00 | |

SUMMARY OF DEPOSITS

| Date | Bank Deposited | Amex Deposited | Discover / JCB Deposited | Diners Deposited / AUDBC Deposited |
|---|---|---|---|---|
| 11/09 | $3,000.00 | $0.00 | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| 11/16 | 5,000.00 | 0.00 | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| 11/22 | 5,000.00 | 0.00 | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| 11/24 | 0.00 | 10,055.00 | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |

FIDELITY PAYMENT SERVICES
442 SOUTH 5TH ST
BROOKLYN, NY 11211

Page: 1
Month Ending: 12/31/2010

**MERCHANT STATEMENT**
**SUMMARY OF BANKCARD DEPOSITS**

1511 3200 0200 01
Merchant Number: 518993320201270

DDA/SAV/GL Number: 4245471802
Chain:

NORTHEAST ADVANCE TECHNOLOGIES
PO BOX 38
CORNWALL NY 12518-0038

NORTHEAST ADVANCE TECHNOLOGIES
2 MILL ST
CORNWALL NY 12518-1266

TOTAL CHARGE TO YOUR ACCOUNT IS: 60.75
CUSTOMER SERVICE TEL #: 1-888-847-2627

**MESSAGES**
**!ATTENTION!**

AS YOU MAY KNOW, PAYMENT CARD INDUSTRY (PCI) DATA SECURITY STANDARDS (DSS) REQUIRES ALL MERCHANTS TO TAKE CERTAIN NECESSARY STEPS IN ORDER TO ENSURE THAT ALL CARDHOLDER DATA IS KEPT SECURE. FIDELITY HAS ROLLED OUT ITS PCI/DSS COMPLIANCE PROGRAM IN NOVEMBER 2009. IF YOU HAVE NOT ALREADY BECOME COMPLIANT, WE URGE YOU TO TAKE A MOMENT TO EDUCATE YOURSELF ABOUT PCI BY VISITING US ON THE WEB AT: WWW.FIDELITYPAYMENT.COM/PCI. SHOULD YOU HAVE ANY QUESTIONS ABOUT PCI PLEASE CONTACT OUR DEDICATED PCI DEPARTMENT AT 718-782-2623

**SUMMARY OF CARD DEPOSITS**

| Card Type | Count | Sales / Adjustments / Cash | Count | Returns / Excl Adj / Payments | Net |
|---|---|---|---|---|---|
| AMEX | 1 | $3,974.00 | 0 | $0.00 | $3,974.00 |
| | 0 | $0.00 | 0 | $0.00 | |
| | 0 | $0.00 | 0 | $0.00 | |
| VISA | 0 | 0.00 | 0 | 0.00 | 0.00 |
| | 0 | 0.00 | (-2) | (10,000.00) | |
| | 0 | 0.00 | 0 | 0.00 | |
| BANKCD TOT | 0 | | 0 | | |
| | 0 | | (-2) | | |
| | 0 | | 0 | | |
| TOTAL | 1 | $3,974.00 | 0 | $0.00 | $3,974.00 |
| | 0 | $0.00 | (-2) | $(10,000.00) | |
| | 0 | $0.00 | 0 | $0.00 | |

**SUMMARY OF CARD FEES**

| Card Fee Description | | Count/Amount | Rate | Card Fee Amount |
|---|---|---|---|---|
| | MASTERCARD | | | |
| POS AUTHS | | 1 | 0.25000 | 0.25 |
| DISC 1 | | 0 | 0.02240 | 0.00 |
| TOTAL | | | | 0.25 |
| | AMEX | | | |
| POS AUTHS | | 2 | 0.25000 | 0.50 |
| TOTAL | | | | 0.50 |
| | TOTAL | | | |
| TOTAL CARD FEES | | | | 0.75 |

**SUMMARY OF MISCELLANEOUS FEES**

| Description | Count | Rate | Amount |
|---|---|---|---|
| TOTAL CARD FEES | | | $0.75 |
| CHARGEBACKS | 2 | 25.00000 | 50.00 |
| STATEMENT FEE | 0 | 0.00000 | 10.00 |
| TOTAL CHARGES | 0 | 0.00000 | $60.75 |

**SUMMARY OF MONETARY BATCHES**

| Date | Gross | Returns/Corrections | Net | Reference Number |
|---|---|---|---|---|
| 08/26 | $(5,000.00) | $0.00 | $(5,000.00) | 121710MOADJ |

FIDELITY PAYMENT SERVICES
442 SOUTH 5TH ST
BROOKLYN, NY 11211

Page: 2
Month Ending: 12/31/2010

MERCHANT STATEMENT
SUMMARY OF BANKCARD DEPOSITS

1511 3200 0200 01
Merchant Number: 518993320201270

DDA/SAV/GL Number: 4245471802
Chain:

NORTHEAST ADVANCE TECHNOLOGIES
PO BOX 38
CORNWALL NY 12518-0038

NORTHEAST ADVANCE TECHNOLOGIES
2 MILL ST
CORNWALL NY 12518-1266

TOTAL CHARGE TO YOUR ACCOUNT IS: 60.75
CUSTOMER SERVICE TEL #: 1-888-847-2627

SUMMARY OF MONETARY BATCHES

| Date | Gross | Returns/Corrections | Net | Reference Number |
|---|---|---|---|---|
| 09/16 | (5,000.00) | 0.00 | (5,000.00) | 121710MOADJ |
| 12/03 | 3,974.00 | 0.00 | 3,974.00 | 98033741089 |

SUMMARY OF DAILY DEPOSIT
ALL CARD TYPES

| Date | Sales / Chrgbl/Adj / Cash Count | Amount | Returns / Excl Adj / Payments Count | Amount | Daily Discount / Daily Total |
|---|---|---|---|---|---|
| 12/03/2010 | 1 | $3,974.00 | 0 | $0.00 | $0.00 |
| | 0 | $0.00 | 0 | $0.00 | $3,974.00 |
| | 0 | $0.00 | 0 | $0.00 | |
| 12/17/2010 | 0 | 0.00 | 0 | 0.00 | 0.00 |
| | 0 | 0.00 | (2) | (10,000.00) | (10,000.00) |
| | 0 | 0.00 | 0 | 0.00 | |

SUMMARY OF DEPOSITS

| Date | Bank Deposited | Amex Deposited | Discover / JCB Deposited | Diners Deposited / AUDBC Deposited |
|---|---|---|---|---|
| 12/03 | $0.00 | $3,974.00 | $0.00 | $0.00 |
| | | | $0.00 | $0.00 |
| 12/17 | (10,000.00) | 0.00 | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |

FIDELITY PAYMENT SERVICES
442 SOUTH 5TH ST
BROOKLYN, NY 11211

Page: 1
Month Ending: 01/31/2011

MERCHANT STATEMENT
SUMMARY OF BANKCARD DEPOSITS

1511 3200 0200 01
Merchant Number: 518993320201270

DDA/SAV/GL Number: 4245471802
Chain:

NORTHEAST ADVANCE TECHNOLOGIES
PO BOX 38
CORNWALL NY 12518-0038

NORTHEAST ADVANCE TECHNOLOGIES
2 MILL ST
CORNWALL NY 12518-1266

TOTAL CHARGE TO YOUR ACCOUNT IS: 0.00
CUSTOMER SERVICE TEL #: 1-888-847-2627

MESSAGES
!ATTENTION!

AS YOU MAY KNOW, PAYMENT CARD INDUSTRY (PCI) DATA SECURITY STANDARDS (DSS) REQUIRES ALL MERCHANTS TO TAKE CERTAIN NECESSARY STEPS IN ORDER TO ENSURE THAT ALL CARDHOLDER DATA IS KEPT SECURE. FIDELITY HAS ROLLED OUT ITS PCI/DSS COMPLIANCE PROGRAM IN NOVEMBER 2009. IF YOU HAVE NOT ALREADY BECOME COMPLIANT, WE URGE YOU TO TAKE A MOMENT TO EDUCATE YOURSELF ABOUT PCI BY VISITING US ON THE WEB AT: WWW.FIDELITYPAYMENT.COM/PCI. SHOULD YOU HAVE ANY QUESTIONS ABOUT PCI PLEASE CONTACT OUR DEDICATED PCI DEPARTMENT AT 718-782-2823

SUMMARY OF CARD DEPOSITS

| Card Type | Count | Sales<br>Adjustments<br>Cash | Count | Returns<br>Excl Adj<br>Payments | Net |
|---|---|---|---|---|---|
| VISA | 0 | $0.00 | 0 | $0.00 | $0.00 |
| | 0 | $0.00 | 2 | $10,000.00 | |
| | 0 | $0.00 | 0 | $0.00 | |
| TOTAL | 0 | | 0 | | |
| | 0 | | 2 | | |
| | 0 | | 0 | | |

SUMMARY OF MONETARY BATCHES

| Date | Gross | Returns/Corrections | Net | Reference Number |
|---|---|---|---|---|
| 01/04 | $5,000.00 | $0.00 | $5,000.00 | 01041190263 |
| 01/03 | 5,000.00 | 0.00 | 5,000.00 | 01031190249 |

SUMMARY OF DAILY DEPOSIT
ALL CARD TYPES

| Date | Sales Chrgbl/Adj Cash Count | Amount | Returns Excl Adj Payments Count | Amount | Daily Discount Daily Total |
|---|---|---|---|---|---|
| 01/03/2011 | 0 | $0.00 | 0 | $0.00 | $0.00 |
| | 0 | $0.00 | 1 | $5,000.00 | $5,000.00 |
| | 0 | $0.00 | 0 | $0.00 | |
| 01/04/2011 | 0 | 0.00 | 0 | 0.00 | 0.00 |
| | 0 | 0.00 | 1 | 5,000.00 | 5,000.00 |
| | 0 | 0.00 | 0 | 0.00 | |

## Middleton, Crystal

**From:** Abe [abe@fidelitypayment.com]
**Sent:** Tuesday, June 21, 2011 11:42 AM
**To:** Middleton, Crystal; Rohde, Heidi J.
**Cc:** David Ilowitz
**Subject:** RE: Northeast Advance Technologies 8020611706
**Attachments:** Northeast Advance.pdf; ATT00001.txt

Crystal,

Please call me regarding this account.

We were involved in this account and I do know about the closure which the merchant was not at fault.

Attached please find PPS since 6/2010. We did not open since they were closed till now.

Thanks

**Abraham Weiser**
Fidelity Payment Services
718.782.2823 Ext 208

---

**From:** David Ilowitz
**Sent:** Tuesday, June 21, 2011 11:24 AM
**To:** Abe
**Subject:** FW: Northeast Advance Technologies 8020611706
**Importance:** High

Not suer why this came to me

---

**From:** Rohde, Heidi J. [mailto:Heidi.Rohde@elavon.com] **On Behalf Of** MSPRM
**Sent:** Tuesday, June 21, 2011 11:21 AM
**To:** David Ilowitz
**Subject:** FW: Northeast Advance Technologies 8020611706
**Importance:** High

Hello David,

Please see below regarding this merchant.

Thank you,

**Heidi Rohde** | MSP Relationship Manager
**Elavon** | 9359 E. Nichols Avenue Englewood, CO 80112
Office: 303.268.4673 | Cell: 720.530.5812 | Fax: 865.403.5049
Email: heidi.rohde@elavon.com | Internal extension: 6104297

COMING SOON etc elavon think centre

---

**From:** Middleton, Crystal
**Sent:** Tuesday, June 21, 2011 8:47 AM
**To:** MSPRM
**Subject:** Northeast Advance Technologies 8020611706
**Importance:** High

Merchant came up for investigation due to closure by a previous processor 1/18/11 for violation of merchant agreement. Per the application, no previous processor is listed and the merchant has not returned my call. I need the most recent 12 months processing statements for the merchant in order to override the closure. The statements are due no later than Friday 6/24/11 to avoid immediate termination on Monday 6/27/11. Please communicate this to the appropriate party.

Thank You,
Crystal Middleton
Elavon Loss Prevention
Association Compliance
MATCH Coordinator
New Account Verification Team Leader
800-725-1243 ext 8621
865-403-5302 direct fax
crystal.middleton@elavon.com
The information contained in this e-mail and in any attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. This message has been scanned for known computer viruses.

8020611706
NORTHEAST ADVANCE TECHNOLOGIES

**Please Image**

**MID:** 8020611706

**DBA:** Northeast Advance

**Date:** 8/16/2011

**IA:** Kate

**Loss Prevention Department**
**800-725-1243 ext** 8851

- ○ **Application**
- ○ **DDA's / DBA's**
  - ☐ **Updates**
  - ☐ **Closures**
- ☐ **Transfers-enroll**
- ☐ **Leases**
- ☐ **Conversion**
- ☒ **Correspondence**
- ☐ **Contract**
- ☐ **Legal**
- ☐ **ACH**

NORTHEAST ADVANCE TECHNOLOGIES

2 Mill Street - PO Box #38 - Cornwall, NY 12518
845-534-4651 Fax: 845-534-8255

# Invoice

| Date | Invoice # |
|---|---|
| 8/12/2011 | 119450 |

**Bill To**

DOMINICK RIDIGLIANO
146 97th Street
Brooklyn, NY 11209

**Ship To**

DOMINICK RIDIGLIANO
146 97th Street
Brooklyn, NY 11209

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| VERBAL | PREPAID | | 8/31/2011 | BEST WAY | NY | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 3,500 | NETCP1 | TUNGSTEN CARBIDE POINT I'D ENGRAVING PEN BLISTER PACK, W/INSTRUCTION CARD | 3.80 | 13,300.00 |
| 3,500 | NEWS | WARNING STICKERS | 0.70 | 2,450.00 |
| 3,500 | NERCPC | IMPRINT RUNNING CHARGE | 0.20 | 700.00 |
| 1 | NEDC | SETUP AND DIE CHARGE | 510.00 | 510.00 |
| 1 | NEPMS | PMS COLOR MATCH | 90.00 | 90.00 |

**Total** $17,050.00

08/16/2011 14:09 8455348255 ADVANCE PAGE 02/02

NORTHEAST ADVANCE TECHNOLOGIES INCORPORATED

2 Mill Street ♦ PO Box #38 ♦ Cornwall, NY 12518
845-534-4651 ♦ Fax: 845-534-8255

# FAX

Date: 8/16/11
Number of pages including cover sheet: 2

**TO:**
Merchant Service
ATTN: Kate
Phone:
Fax: 865-403-5851
RE: **Copy of invoice #119450**

**FROM:**
Mary

Phone: 845-534-4651
Fax : 845-534-8255

**REMARKS:** ☐ Urgent ☒ For your review ☐ Reply ASAP ☐ Please comment

Hi Kate,

As per conversation, please see invoice attached.

Thank You!

08/16/2011 14:09 8455348255 ADVANCE PAGE 01/02

## Lenoir, Felicia M.

| | |
|---|---|
| **From:** | Rivky Friedman <rivkyf@fidelitypayment.com> |
| **Sent:** | Thursday, May 23, 2013 4:38 PM |
| **To:** | #MerchantChange |
| **Subject:** | Northeast Advance Technologies MID: 8020611706 |
| **Attachments:** | Northeast Advance Technologies dda signed.pdf |

Global Security Services Alert - 3/22/2011
New vulnerabilities have been discovered within Adobe products. Only download and open files from known/trusted senders. Opening files from unknown sources could allow a remote attacker to compromise your system. If you have any questions, or are unsure about the safety of a PDF document, log a ticket in Service Desk http://servicedesk.

This notification was automatically added by Global Security Services.

*HI,*

*Please update dda per attached.*

*Thank you!*

*Rivky Friedman* | *Customer Service Representative*
Fidelity Payment Services

PAYMENT **TECHNOLOGY**.CUSTOMIZED **SOLUTIONS.**

P 718-782-2823 #324 F 718-687-1835 E rivkyf@fidelitypayment.com W www.fidelitypayment.com | Facebook Twitter LinkedIn
**TEXT 765-276-7377 for merchant support during business hours.**
My manager's email: mirie@fidelitypayment.com

Notice of Confidentiality: The information contained in this message is confidential, and is intended for the addressee(s) only. This information may also be legally privileged. If you have received this message in error, or there are any problems, please notify the originator immediately. The unauthorized use, disclosure, copying or alteration of this message is strictly forbidden. Fidelity Payment Services will not be liable for direct, special, indirect or consequential damages arising from alteration of the contents of this message by a third party or the actions of any virus or similar malicious agent.