NORTHEAST
ADVANCE TECHNOLOGIES

Joel Friedman
45 Besen PKWY
Airmont NY 10952

8/25/2015

Re: Refund Memo, Account: 4147290001703274

Dear Mr. Friedman,

Pertaining to our call today, this letter is to confirm that on Monday July 6th, our attorney Noah Shelanski has confirmed to Elavon (our credit card processor) that we did issue to you the credit memo for the refund due to you on the 12 transactions charged on 4/3/15 & 5/05/15 as highlighted on our letter to you dated 6/1/15.

We understand our credit card processor may have attempted to represent these cases on their own due to our account currently being in collection status, however, we on our end have confirmed this letter to them, and we have certainly never disputed these letters. These amounts are still outstanding as of today, and we hereby again acknowledge for same.

We would have certainly appreciated if we could have resolved this in easier terms, however, we do recognize that the least we can do is not to stand in your way to exercise the rights you may have for securing your credits in this unfortunate situation.

Thank you,

Sincerely yours,

Eliezer Kohen

Authorized Signature

NORTHEAST
ADVANCE TECHNOLOGIES
INCORPORATED

HAVA REICHMAN
1236 57TH ST
BROOKLYN NY 11219

8/21/2015

Re: Refund Memo, Account: 5466160262981051

Dear Mr. Friedman,

Pertaining to our call today, this letter is to confirm that on Monday July 6th, our attorney Noah Shelanski has confirmed to Elavon (our credit card processor) that we did issue to you the credit memo for the refund due to you on the 5 transactions charged on 3/15/15 & 5/17/15 as highlighted on our letter to you dated 6/1/15.

We understand our credit card processor may have attempted to represent these cases on their own due to our account currently being in collection status, however, we on our end have confirmed this letter to them, and we have certainly never disputed these letters.

We would have certainly appreciated if we could have resolved this in easier terms, however, we do recognize that the least we can do is not to stand in your way to exercise the rights you may have for securing your credits in this unfortunate situation.

Thank you,

Sincerely yours,

Eliezer Kohen

Authorized Signature

NORTHEAST
ADVANCE TECHNOLOGIES

Joel Friedman
45 Besen PKWY
Airmont NY 10952

8/25/2015

Re: Refund Memo, Account: 4147290030088994 / 4147290049132049

Dear Mr. Friedman,

Pertaining to our call today, this letter is to confirm that on Monday July 6th, our attorney Noah Shelanski has confirmed to Elavon (our credit card processor) that we did issue to you the credit memo for the refund due to you on the 14 transactions charged on 4/5/15 & 5/06/15 as highlighted on our letter to you dated 6/1/15.

We understand our credit card processor may have attempted to represent these cases on their own due to our account currently being in collection status, however, we on our end have confirmed this letter to them, and we have certainly never disputed these letters. These amounts are still outstanding as of today, and we hereby again acknowledge for same.

We would have certainly appreciated if we could have resolved this in easier terms, however, we do recognize that the least we can do is not to stand in your way to exercise the rights you may have for securing your credits in this unfortunate situation.

Thank you,

Sincerely yours,

Eliezer Kohen

Authorized Signature

NORTHEAST ADVANCE TECHNOLOGIES

Joel Friedman
45 Besen PKWY
Airmont NY 10952

7/23/2015

Re: Refund Memo, Account: 5569887138160355

Dear Mr. Friedman,

Pertaining to our call today, this letter is to confirm that on Monday July 6th, our attorney Noah Shelanski has confirmed to Elavon (our credit card processor) that we did issue to you the credit memo for the refund due to you on all 7 transactions charged on 5/14/15.

We understand our credit card processor may have attempted to represent these cases on their own, however, we on our end have confirmed these letters to them, and this is the least we can do in this unfortunate situation.

We would have certainly appreciated if we could have resolved this in easier terms, however, we do recognize that the least we can do is not to stand in your way to exercise the rights you may have for securing your credits.

Thank you,

Sincerely yours,

Eliezer Kohen

Authorized Signature