**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ELAVON, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NORTHEAST ADVANCE TECHNOLOGIES, INC., SAMUEL BRACH, JOSHUA BRACH, ESTEBAN CASTILLO, JOEL FRIEDMAN, RIVKY FRIEDMAN,<br><br>Defendants. | Civil Action No.: 7:15-cv-7985-KMK-PED<br><br>**DECLARATION OF DANIEL GINZBURG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |

Daniel Ginzburg, an attorney duly admitted to practice in the Southern District of New York, makes the following declaration pursuant to 28 U.S.C. § 1746:

1. My firm is counsel to plaintiff Elavon, Inc. ("Elavon") in the above-captioned action. I submit this Declaration in support of Elavon's

2. Annexed hereto as Exhibit 1 is a true and correct copy of excerpts of the deposition of Samuel Brach.

3. Annexed hereto as Exhibit 2 is a true and correct copy of websites describing items and services offered by Northeast.

4. Annexed hereto as Exhibit 3 is a true and correct copy of Northeast's responsest to Elavon's requests for production.

5. Annexed hereto as Exhibit 4 is a true and correct copy of the Merchant Application and Elavon's Terms and Conditions.

6. Annexed hereto as Exhibit 5 is a true and correct copy of Northeast's invoices for the period January 1, 2014 through May 31, 2015.

7. Annexed hereto as Exhibit 6 is a true and correct copy of excerpts of the deposition of Holly Franklin.

8. Annexed hereto as Exhibit 7 is a true and correct copy of excerpts of the deposition of Esteban Castillo.

9. Annexed hereto as Exhibit 8 is a true and correct copy of excerpts of the deposition of Joel Friedman.

10. Annexed hereto as Exhibit 9 is a true and correct copy of excerpts of the deposition of Bernard Klein.

11. Annexed hereto as Exhibit 10 is a true and correct copy of letters Samuel Brach and Northeast provided to various cardholders.

12. Annexed hereto as Exhibit 11 is a true and correct copy of a New Account Verification letter Elavon sent to Esteban Castillo.

13. Annexed hereto as Exhibit 12 is a true and correct copy of the Third Amended Complaint.

14. Annexed hereto as Exhibit 13 is a true and correct copy of excerpts of a production by TransMedia Payment Services Ltd.

15. Annexed hereto as Exhibit 14 is a true and correct copy of an opinion and order by the Honorable Paul E. Davison, U.S.M.J.

16. Annexed hereto as Exhibit 15 is a true and correct copy of excerpts of the deposition of Joshua Brach.

17. Annexed hereto as Exhibit 16 is a true and correct copy of excerpts of the deposition of Douglas Whiteside, a representative of MasterCard.

18. Annexed hereto as Exhibit 17 is a true and correct copy of a declaration of Edwin Sheehan, a representative of Visa.

19. Annexed hereto as Exhibit 18 is a true and correct copy of excerpts of the deposition of Edwin Sheehan.

20. Annexed hereto as Exhibit 19 is a true and correct copy of excerpts of the deposition of Chris Smith.

21. Annexed hereto as Exhibit 20 is a true and correct copy of excerpts of a later deposition of Chris Smith.

22. Annexed hereto as Exhibit 21 is a true and correct copy of excerpts of the deposition of Brian Boyden.

23. Annexed hereto as Exhibit 22 is a true and correct copy of a report from the New York Secretary of State concerning Northeast.

24. Annexed hereto as Exhibit 23 is a true and correct copy of excerpts from the Visa chargeback rules.

25. Annexed hereto as Exhibit 24 is a true and correct copy of excerpts from the MasterCard chargeback rules.

26. Annexed hereto as Exhibit 25 is a true and correct copy of excerpts from the deposition of Jason Stump, a representative of JPMorgan Chase Bank, N.A.

27. Annexed hereto as Exhibit 26 is a true and correct copy of a declaration of Michael Wolf, a representative of Capital One Bank (USA), N.A.

28. Annexed hereto as Exhibit 27 is a true and correct copy of customer service notes of JPMorgan Chase Bank.

29. Annexed hereto as Exhibit 28 is a true and correct copy of chargeback advice documents provided by Citibank.

30. Annexed hereto as Exhibit 29 is a true and correct copy of chargeback advice documents provided by Bank of America.

31. Annexed hereto as Exhibit 30 is a true and correct copy of communications between Joel Friedman and Citibank.

32. Annexed hereto as Exhibit 31 is a true and correct copy of excerpts of a production by TransMedia.

33. Annexed hereto as Exhibit 32 is a true and correct copy of excerpts of a transcript of oral argument before the Court on November 20, 2019.

34. Annexed hereto as Exhibit 33 is a true and correct copy of checks issued by Northeast to D-Tech Management Company.

35. Annexed hereto as Exhibit 34 is a true and correct copy of bank statements of D-Tech.

36. I have reviewed Joshua Brach's deposition and he used the words "I don't remember," "I honestly don't remember," "I wouldn't remember," "I don't recall," "I can't recall," "I'm not positive," and "I'm not sure" approximately 200 times in the transcript.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 15, 2022

/s/ *Daniel Ginzburg*
DANIEL GINZBURG