Date: 05 - 19 - 2011 AWB # [redacted]5675

| | | | | |
|---|---|---|---|---|
| ☒New or ☐Additional Location | Existing MID: | Chain #: | Short Name MS00NYMS | Location of |

## Merchant Application

**Merchant Information**

| | | | |
|---|---|---|---|
| DBA Name: NORTHEAST ADVANCE TECHNOLOGIES | | DBA Phone #: 845 534 4651 | Ext. |
| Contact Name: Esteban Castillo | | DBA Fax #: 845 534 4651 | |
| Cell Phone # | | Customer Service Phone #: 845 534 4651 | |
| DBA Address: 2 Mill St | | Email Address: | |
| City: Cornwall | | State: NY | Zip Code: 12518 - |
| Previous Processor: | Year Established: 2009 | Length of Current Ownership: years, months | |

**Corporate Information**

| | | |
|---|---|---|
| Legal/Corporate Name: NORTHEAST ADVANCE TECHNOLOGIES I | Legal/Corporate Phone #: 845 534 4651 | Ext. |
| Legal/Corporate Contact Name: Esteban Castillo | Legal/Corporate Fax #: 845 534 4651 | |
| Legal/Corporate Address: PO Box 38 | | |
| City: Cornwall | State: NY | Zip Code: 12518 - |

**Shipping Info**

| | | |
|---|---|---|
| Shipping DBA Name: *(Necessary only if different than DBA)* | Shipping Phone #: | Ext. |
| Shipping Contact Name: | Shipping Fax #: | |
| Shipping Address (No PO Box ): | | |
| City: | State: | Zip: |

**Principal Information 1 (Owner/Partner/Officer)**

☒ Owner/Partner: Percentage of Ownership 100% *or* ☐ Officer: Title

| | | | | |
|---|---|---|---|---|
| First Name: Esteban | MI: | DOB: [redacted]-1966 | SSN: [redacted]6022 | |
| Last Name: Castillo | | Home Phone #: 845 534 4651 | | |
| Home Address: 6 Cimorelli Drive | | Cell Phone #: | | |
| City: New Windsor | State: NY | Zip: 12553 - | Email Address: | |
| Previous Address if current address is less than 2 years: | | | | |
| Home Address: | | | | |
| City: | | State: | | Zip: - |

**Principal Information 2 (Owner/Partner/Officer)**

☐ Owner/Partner: Percentage of Ownership % *or* ☐ Officer: Title

| | | | | |
|---|---|---|---|---|
| First Name: | MI: | DOB: | SSN: | |
| Last Name: | | Home Phone #: | | |
| Home Address: | | Cell Phone #: | | |
| City: | State: | Zip: | Email Address: | |
| Previous Address if current address is less than 2 years: | | | | |
| Home Address: | | | | |
| City: | | State: | | Zip: |

**Other Merchant Information**

| | |
|---|---|
| Average Sale Amount: $ 1000.00 | Description of product or services offered: engraving products |
| Total Monthly VISA®/MC/Discover Network® Sales: $ 30000.00 | MCC: 5999 |

| | | | |
|---|---|---|---|
| Card Present (swiped) | 20 | % | **For Card Present Transactions**, when does the customer receive the product or service? |
| Card Present ( not swiped) | 0 | % | ☐ Same Day ☐ If not same day, # of Days (include shipping time frame) |
| Mail Order | 0 | % | **For Card Not Present Transactions**, when does the customer receive the product or service? |
| Telephone Order | 80 | % | ☐ Same Day ☐ If not same day, # of Days (include shipping time frame) |
| Internet | 0 | % | **For Internet Transactions**, list the product web site: |
| **Total =** | **100%** | | **Contact Us Email Address:** |

Do you operate seasonally: ☐ Yes ☒ No If yes, please check months closed:

☐ January ☐ February ☐ March ☐ April ☐ May ☐ June
☐ July ☐ August ☐ September ☐ October ☐ November ☐ December

**Bank Account**

**(Checking Accounts only)**

| | |
|---|---|
| Deposit Bank Name: TD Bank, National Association | Tape ID: 3 |
| ABA/Routing #: 021201503 | DDA Account #: [redacted]1802 |
| Billing Bank Name (if different): | Tape ID: |
| ABA/Routing #: | DDA Account #: |

# Merchant Application

**Card Accept**

**Please check each card you wish to accept.**
*Note: acceptance of card types not selected will result in discount downgrades.*

- ☒ All VISA®/MasterCard/Discover Cards (JCB, Diners, CUP)
- ☒ VISA® Credit ☒ MasterCard Credit
- ☒ Discover/JCB/Diners/CUP
- ☒ VISA® Debit ☒ MasterCard Debit

**Pricing Category**

| | | |
|---|---|---|
| ☐ Retail | ☐ Lodging | ☐ ARU |
| ☐ Restaurant | ☐ Supermarket | ☐ Auto Rental |
| ☑ MOTO | ☐ Pay at Pump | ☐ Internet |

**Pricing Information**

**Rates are for all card acceptance types selected above.**

| | VISA® | MasterCard | Discover |
|---|---|---|---|
| | Rate% + Per Item | Rate% + Per Item | Rate% + Per Item |
| Qualified | 2.4 %+$ 0 | 2.4 %+$ 0 | 2.4 %+$ 0 |
| Rewards Qual | 0.35 %+$ 0 | 0.35 %+$ 0 | 0.35 %+$ 0 |
| Mid-Qual | 0.35 %+$ 0 | 0.35 %+$ 0 | 0.35 %+$ 0 |
| Non-Qual | 0.35 %+$ 0 | 0.35 %+$ 0 | 0.35 %+$ 0 |
| Other Tier ☐ Debit ☐ Supermarket ☐ Quick Pay/Small Ticket | %+$ | %+$ | %+$ |
| Opt Comm Card Tier | 0.35 %+$ 0 | 0.35 %+$ 0 | 0.35 %+$ 0 |

| __ INT DIFF | VISA® | MasterCard | Discover |
|---|---|---|---|
| | Rate% + Per Item | Rate% + Per Item | Rate% + Per Item |
| Mark Up | %+$ | %+$ | %+$ |

| _ INT PLUS | VISA® | MasterCard | Discover |
|---|---|---|---|
| | Rate% + Per Item | Rate% + Per Item | Rate% + Per Item |
| Mark Up | %+$ | %+$ | %+$ |

**Fees**

| Fee Type | Amt. $ | Per Authorization $ | |
|---|---|---|---|
| Application Fee | | VISA® | 0.25 |
| Installation/Training | | MasterCard | 0.25 |
| Wireless Set-Up Fee | | Discover | 0.25 |
| Account Maintenance | | American Express | 0.25 |
| Chargeback Fee (per occur.) | 25.00 | WEX | |
| Return Item Fee/NSF (per occur) | 20.00 | Voice Auth Touch Tone | 0.65 |
| Monthly Service Fee | | Voice - Operator Assisted | 0.95 |
| Internet Monthly Fee | | Voice - With AVS | 2.20 |
| Minimum Discount (per mo.) | 15.00 | Voice - Bank Referral | 4.00 |
| Annual Fee<br>Start Month: | | Other | |
| Statement Mailing Fee | | ☒ Electronic Statement<br>☐ Paper Statement | |
| Other Statement Fee | 10.00 | PCI Fee (Annual)<br>IP Connect (Not to exceed): $175<br>Dial Connect (not to exceed): $55<br>*Other fees may apply see Merchant Processing Agreement* | |
| Other Discover | 0.25 | | |
| Other | | | |

**Debit Networks**

Debit Pricing: ☐ Pass through (Interchange + Markup – ICDIF) ☐ Pass through (Interchange + Markup - ICPLS) ☑ Surcharge (Flat rate)Debit
Authorization Pricing: ☑ Pass through (Interchange + Markup) ☐ Fixed (Flat rate)

| | | |
|---|---|---|
| ☐ ACCL (Accel) ___%+$___ Auth $___ | ☐ AFFN ___%+$___ Auth $___ | ☐ ALAS (Alaska) ___%+$___ Auth $___ |
| ☐ MSTO (Maestro) ___%+$___ Auth $___ | ☐ NETS ___%+$___ Auth $___ | ☐ NYCE ___%+$___ Auth $___ |
| ☐ INKL (Interlink) ___%+$___ Auth $___ | ☐ ITS (Shazam) ___%+$___ Auth $___ | ☐ CU24 ___%+$___ Auth $___ |
| ☐ STAR (Explore) ___%+$___ Auth $___ | ☐ PULSE ___%+$___ Auth $___ | ☐ Other ___%+$___ Auth $___ |

**VAR**

**Service Provider Hosted:** ____
**VAR Distributed:** ____ **VAR Product:** ____ **VAR Version:** ____
**Gateway (Optional):** ____ **Aggregator:** ____

**Point of Sale (Equipment or Software)**

| Qty | POS Description | Item Code | Training | Price Per Unit | Purchase | Existing | Exchange |
|---|---|---|---|---|---|---|---|
| 1 | HYPERCOM T7P | T7P | No Training | $ 0.00 | ☐ | ☒ | ☐ |
| | | | | $ | ☐ | ☐ | ☐ |
| | | | | $ | ☐ | ☐ | ☐ |
| | | | | $ | ☐ | ☐ | ☐ |

Training Contact Name: Training Contact Phone#: All applicable state and local taxes will be applied. ☐ Sales Tax Exempt – Additional documentation required

☐ Saturday Delivery ☐ Next Day Air ☒ 2nd Day Air ISO Does Not Bill - Elavon Bills

***Please note that all leases MUST complete the section immediately below. Initials are required***

X ____ THE LEASE IS A NON CANCELLABLE LEASE FOR THE FULL TERM OF ____ MOS. TOTAL MONTHLY PAYMENT OF $ ____ plus taxes, if applicable.

**AUTHORIZATION FOR AUTOMATIC WITHDRAWAL OF MONTHLY PAYMENTS**

Merchant hereby authorizes Lessor, to automatically withdraw Merchant's monthly lease payment and any amounts, including any and all taxes or other charges, owed in accordance with the lease, as applicable, by initiating debit entries to Merchant's account at the financial institution ("Bank") indicated hereon or such other financial institution used by Merchant from time to time. A lease payment (whether paid by debit or other means) that is not honored by Bank for any reason will be subject to a returned item service fee imposed by Lessor. This authorization shall remain in effect until Lessor has received written notice from Merchant of its termination.

**Bank Name:** **ABA/Routing #:** **DDA Account #:**

**Other Card Types (Existing)**

| | SE # | |
|---|---|---|
| Amex | ____ | (10 digits) |
| EBT | ____ | (5 digits) |
| Other ____ | ____ | |

**Other Card Types (New)**

**American Express:** ☐ **ESA** ☒ **OnePoint** **CAP#**______
Monthly Volume: $ 15000.00
☐ Amex Rate 2.89 % $ 0.00
CNP Downgrade 0.30 %
☐ Amex Flat Fee Option: $ ____
*(Annual Volume less than $5,000-ESA Only)*
☐ **WEX** ☐ **Voyager**

**Reporting**

☐ MCP # Users ______ Monthly Fee $ ______ Set Up Type (check one) ☐ MID ☐ CHN ☐ ENT Set Up Fee $ ______
☐ ACS Remote ID ______ Set Up Fee $ ______ Monthly Fee $ ______
☐ MCP with OCM # Users ______ Monthly Fee $ ______ Set Up Type (Check One) ☐ MID ☐ CHN ☐ ENT Set Up Fee $ ______

**ECS Product Selection and Pricing**

**Processing Options:** ☐ POP (Point of Purchase) ☐ ARC (Accounts Receivable Conversion) ☐ BOC (☐ POS Image *OR* ☐ Cash Office Image)

1. ANNUAL check volume: $ 2. Average check amount: $ 3. Maximum check amount: $

ECS Monthly Minimum: $

☐ **Conversion with Guarantee**

Guarantee Rate: % Per Transaction: $ Sight Draft: $

☐ **Conversion with Verification** ☐ **Collections**

Per Transaction:$ Per Return Transaction: $ Sight Draft: $

☐ **Conversion Only** ☐ **Collections**

Per Transaction:$ Per Return Transaction: $ Sight Draft: $

**Additional Service Options**

**Please check box for each additional service option**

☐ Terminal prompts for Driver's License #, ST of License Issuance and Telephone # (If not selected, information must be obtained on check for Guarantee Service)

☐ NSF Service Fee Processing @ $2.00 per NSF item. Not applicable for POP Guarantee and all ARC products.

☐ EnQuire Reporting Access:

# users: @ $ each per month

☐ Turn off return memo advices

**EGC Cards**

| Card Style | Card Quantity | Price |
|---|---|---|
| ☐ Basic | ______ | $_____ |
| ☐ Standard | ______ | $_____ |
| ☐ Custom | ______ | $_____ |
| Max Card Value $_____ (Default $500) | | |

**EGC Pricing**

☐ Monthly Pricing: $ ______ Per Month
(Includes ____ transactions per location annually. Additional transaction billed $0.29 per transaction)
*OR*
☐ Transaction Pricing: $ ______ per transaction and $ ______ per month

**Other EGC Fees**

| Fee | Price |
|---|---|
| ☐ Monthly Online Admin- #______ Users | $____ |
| ☐ Plexi Stand - ______ Quantity | $____ |
| ☐ Graphic Design Service | $____ |
| ________ | $____ |
| ________ | $____ |
| ☐ Card Carriers<br>______ # of Style ________<br>______ # of Style ________<br># of Style ________ | $____ |

**EGC Service Fees**

☐ **Service Fees** (Cardholder charged on unused balances)

- Custom Cards are required
- Service Fee per Transaction $ ____
- Apply same to all states? ☐ Yes ☐ No (if no, complete for each state)

**Fee Amount $** ________

**Applied:** ☐ Monthly ☐ Quarterly ☐ Annually

**Beginning:** ________ Months

**After:** ☐ Activation ☐ Last Transaction Date

**Lock Balances After:** ________ Months of non-use (default 72 months)

**EGC Network**

☒ Elavon (Direct)

☐ Givex (Indirect)

**VAR**

VAR Manufacturer: ________
VAR Software: ________
Version: ________

**EGC Standard Card Order Details**

**Card Style:** ______________

**Text or Logo Color:** ______________

**Justification:** ☐ Left ☐ Center ☐ Right ☐ As Submitted

**Imprint:** ☐ Logo (To avoid delay, please submit artwork to: EGCArtwork@Elavon.com )
*OR*
☐ Text (Imprinting details MUST be entered below)

- **Font (Select ONE):** ☐ Arial ☐ *Brush Script* ☐ Times New Roman
- **Text Case (Select ONE):** ☐ Title Case ☐ UPPER CASE ☐ lower case ☐ As submitted

Text Line 1 (33 Char Max)
Text Line 2 (33 Char Max)
Text Line 3 (33 Char Max)
Text Line 4 (33 Char Max)
Text Line 5 (33 Char Max)

**Additional VAS**

☐ EBP: Bill Payment Portal Standard (See additional addendum)

☐ DCC Rebate _____ % DCC Annual Registration Fee $ _____

☐ Money Manager ☐ Working Capital Vendor: ______________________

☐ Multi Currency

# Merchant Application: Sales Worksheet

**Pricing Program**

| | | | |
|---|---|---|---|
| Monetary (5 digits) 808 | Authorization (5 digits) 49120 | Equipment 59999 | Miscellaneous 69999 |

**Account Designation**

| | | | | |
|---|---|---|---|---|
| Portfolio Code: USB17 | FI: 0542 | Agent: 6094 | Client Group #: 00017 | |
| Rep Name: David Hirsch | | Rep Phone #: | Rep #: 22439 | Entity: 40863 |

**Mailing/Shipping**

Mail Statements: ☒ DBA or ☐ Corporate

Retrievals: ☐ Mail To: ☐ DBA ☐ Corporate or ☒ Fax To: ☐ DBA ☐ Corporate

Chargebacks: ☐ Mail To: ☐ DBA ☐ Corporate ☒ Fax To: ☐ DBA ☐ Corporate

Auto Send: ☒ Yes ☐ No (Chain merchants only – must include chain set up form)

**Other**

Industry Type: ☐ Retail ☐ Restaurant ☒ MO/TO ☐ Lodging ☐ Internet ☐ Pay at Pump ☐ Supermarket ☐ ARU ☐ Auto Rental

Network: ☒ Elavon ☐ Other:

Check Service Company: Name: Service #:

Primary Phone #: Secondary Phone #:

**Equipment Programming Requirements**

POS Desc: T7P HYPERCOM T7P Quantity:

Indicate Services required for this equipment: ☒ VISA®/MC ☒ American Express ☒ Discover (JCB, Diners, CUP) ☐ ECS ☐ EBT ☐ Amex Rvrs. ☐ PIP/Split Dial ☐ Electronic Gift Cards ☐ Pin Based Debit ☐ DCC

Connection Type: ☐ IP ☒ Standard (Dial) ☐ Wireless

Environment

☐ Retail (Auto Close Default) ☐ Quick Close ☐ Terminal Auto Close ☐ Tip Function Waiter ☐ Tip Function Cashier ☐ Cash Back Pin Debit

☐ Restaurant (Quick Close Default) ☐ Server Prompt ☐ Tip Function Waiter ☐ Tip Function Cashier ☐ Fine Dining

☒ Card Not Present (Auto Close Default) ☐ Quick Close ☒ Terminal Auto Close

☐ Lodging (Quick Close Default)

Additional Prompts: (added during training) ☐ Invoice Prompt ☐ B to B (prompt all) ☐ Tab Function

☐ Multi-MID: Existing MID: or DBA:

Phone Information: Access #: ☒ Dedicated Line ☐ Shared Line with Fax

**Single Level Chain Request**

☐ New Chain ☐ Addition to existing chain: Chain Number

Chain Name and Address: ☐ DBA ☐ Corporate ☐ Chain Address (below)

Chain Name: Chain Phone#:

Chain Address: Send Chain Summary Statement? ☐ Yes ☐ No Auto Send

City: State: Zip Code:

Send Chain Statement: ☐ DBA ☐ Corporate ☐ Chain Address

Merchant Segment: ☐ Retail ☐ Service ☐ T & E ☐ Business to Business

Chain Deposit Account: ☐ Default to MID ☐ Chain

Chain Deposit Bank Name: ABA/Routing #: DDA Account #:

Chain Billing Account (if different) ☐ Default to MID ☐ Chain

Chain Billing Bank Name: ABA/Routing #: DDA Account #:

**On Site Inspection**

Have you physically been on site? ☐ Yes ☐ No — Is merchant name as it appears on signage? ☐ Yes ☐ No

Is the physical site inspected the same as the DBA address? ☐ Yes ☐ No — Is merchandise consistent with type of business? ☐ Yes ☐ No

Is this a retail location? ☐ Yes ☒ No — Is the adequate inventory Displayed? ☐ Yes ☐ No

URL Name: — Does the website meet all Internet requirements? ☐ Yes ☒ No

Business located in: ☒ separate building ☐ private residence ☐ shopping center/mall ☐ office building ☐ kiosk ☐ other (describe):

I certify that the above information is true, complete and accurate: ______________________ (Signature of Rep)

Printed Name: ______________________ Rep #: ______________ Date: ________

From: 8455348255 Page: 1/1 Date: 5/31/2011 2:10:27 PM

718-687-1846

## Merchant Application

Business Type: ☐ Sole Proprietor ☐ Public Corp ☑ Closely Held Corp ☐ Sub S Corp ☐ Government ☐ General Partnership ☐ Limited Partnership ☐ Tax Exempt Organization (include documents that support Exempt Status) ☐ Other (Assn/Estate/Trust) ☐ Limited Liability Company – Tax Classification (D=disregarded entity, C=corporation, P=partnership): ____ (If LLC, please indicate D, C or P)

Name*: Northeast Advance Technologies

*Name (of business) as shown on your business income tax returns. For Sole Proprietors, this should always be the owner's name.

Address: PO Box 38

City: Cornwall | State: NY | Zip Code: 12518

TIN (Employer Identification #): or TIN (Social Security #): [redacted]7453

Merchant Representations and Certifications. By signing below, the applicant merchant ("Merchant") and its representative(s) represent and warrant to Elavon, Inc. ("Elavon" or "Member" as applicable), with offices at 7300 Chapman Highway, Knoxville, TN 37920 (collectively, "we" or "us") that (i) all information provided in this merchant application ("Merchant Application") is true and complete and properly reflects the business, financial condition, and principal partners, owners, or officers of Merchant; and (ii) the persons signing this Merchant Application are duly authorized to bind Merchant to all provisions of this Merchant Application and the Agreement. Further, by signing below, if leasing equipment, Merchant and its representative(s) agree that the Leased Equipment is subject to the terms and conditions set forth in the Terms of Service ("TOS") and have had an opportunity to review such terms. The signature by an authorized representative of Merchant on the Merchant Application, or the transmission of a Transaction Receipt or other evidence of a Transaction to us, shall be the Merchant's acceptance of and agreement to the terms and conditions contained in the Agreement including, without limitation, this Merchant Application, the TOS and the Merchant Operating Guide ("MOG") incorporated herein by this reference and located at our website at https://www.merchantconnect.com/CWRWeb/pdf/TOS_ENG.pdf and https://www.merchantconnect.com/CWRWeb/pdf/MOG_Eng.pdf, respectively. If Merchant does not have access to view the TOS or MOG at our website please contact our customer service center. Notwithstanding any such non-receipt of the TOS or MOG, Merchant agrees to comply with the Agreement, and all applicable laws, rules, and regulations including the rules and regulations of the Payment Networks, and understands that failure to comply will result in termination of processing services. Capitalized terms shall, unless otherwise defined in this Merchant Application, have the same meaning ascribed to them in the TOS and MOG.

If Merchant terminates within one year of the date set forth below, Merchant will immediately pay Elavon, as liquidated damages, an early termination fee equal to $295, in addition to all other amounts owed. If Merchant terminates at any time during the second or third year of the date set forth below, the Merchant will pay, as liquidated damages, a termination fee equal to $195, in addition to all other amounts owed. Merchant agrees that the early termination fee is not a penalty, but rather is reasonable in light of the financial harm caused by Merchant's early termination. Elavon will use best efforts to debit the Merchant's account in the amount of the applicable termination fee within sixty (60) days of receipt of Merchant's written notice of termination.

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT. To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. This means we will ask for certain information and identifying documents to allow us to identify you. Merchant and its representative(s) authorize us prior to our acceptance of this Merchant Application and from time to time thereafter, to investigate the individual and business history and background of Merchant, each such representative and any other officers, partners, proprietors, and/or owners of Merchant, and to obtain credit reports or other background investigation reports on each of them that we consider necessary to review the acceptance and continuation of this Merchant Application. Merchant also authorizes any person or credit reporting agency to compile information to answer those credit inquiries and to furnish that information to us.

This Merchant Application may be signed in one or more counterparts, each of which shall constitute an original and all of which, taken together, shall constitute one and the same Merchant Application. Delivery of executed counterparts of this Merchant Application may be accomplished by a facsimile transmission, and a signed facsimile or copy of this Merchant Application shall constitute a signed original.

Merchant understands that an authorization code is not a guarantee of acceptance or payment of a Transaction. Receipt of an authorization code does not mean that merchant will not receive a Chargeback for that Transaction.

All merchants must comply with the requirements of the Payment Card Industry Data Security Standards ("PCI DSS"). Elavon requires Level 4 merchants (determined based on Transaction volume) to validate PCI DSS compliance on an annual basis, with initial validation to occur no later than ninety (90) days after account approval. Merchant will be charged either the Annual PCI Fee or the Annual Administration Fee described below.

Annual PCI Fee of up to $175 per merchant account number, based on connectivity, number of merchant locations and then-current cost to Elavon of the services, will be charged to merchants that use the services of the qualified third party assessor with whom Elavon has partnered. Elavon will waive this fee in year one, charging the fee in subsequent years on or about the anniversary date of account approval. Annual Administration Fee of $35 will be charged to merchants that use the services of another qualified assessor and attest to PCI DSS validation on the website designated by Elavon. Any merchant that has not validated PCI DSS compliance within ninety (90) days of account approval, or in subsequent years on or before the anniversary date of account approval, will be charged a monthly non-compliance fee of $25 until Elavon is provided with validation of compliance. Merchant may be eligible for Data Breach Coverage following account approval and PCI DSS compliance validation. See the PCI Compliance Program Overview for coverage details and conditions.

If leasing equipment, Merchant agrees to pay "Lessor" an annual fee in an amount not to exceed $50.00 for the administration, billing and tracking of certain taxes and charges related to the Leased Equipment.

Under penalties of perjury, Merchant certifies that:

1. The number shown on this Merchant Application is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person. For federal tax purposes, you are considered a U.S. person if you are: an individual who is a U.S. citizen, or U.S. resident alien, a partnership, corporation, company, or association created or organized in the United States or under the laws of the United States, an estate (other than a foreign estate), or a domestic trust (as defined in Regulations section 301.7701-7).*

American Express Acceptance Agreement - By signing below, I represent that I have read and am authorized to sign and submit this application for the above entity which agrees to be bound by the American Express® Card Acceptance Agreement ("AXP Agreement"), and that all information provided herein is true, complete, and accurate. I authorize Elavon and American Express Travel Related Services Company, Inc. ("AXP") and AXP's agents and Affiliates, as defined in the AXP Agreement, to verify the information in this application and receive and exchange information about me personally, including by requesting reports from consumer reporting agencies, and disclosing such information to their agent, subcontractors, Affiliates and other parties for any purpose permitted by law. I authorize and direct Elavon, AXP, AXP agents and Affiliates to inform me directly, or through the entity above, of reports about me that they have requested from consumer reporting agencies. Such information will include the name and address of the agency furnishing the report. I also authorize AXP to use the reports from consumer reporting agencies for marketing and administrative purposes. I understand that upon AXP's approval of the application, the entity will be sent a copy of the AXP Agreement and materials welcoming it, either to AXP's program for Elavon to perform services for AXP or AXP's standard Card acceptance program which has different servicing terms (e.g. different speeds of pay). I understand that if the entity does not qualify for the Elavon servicing program that the entity may be enrolled in American Express's standard Card acceptance program, and the entity may terminate the AXP Agreement. By accepting the American Express Card for the purchase of goods and/or services, or otherwise indicating its intention to be bound, the entity agrees to be bound by the AXP Agreement.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| | | | |
|---|---|---|---|
| Signature: Ⓧ [signature] | Printed Name: E-Castillo | Title: Pres | Date: 5/2011 |
| Signature: X | Printed Name: | Title: | Date: |

As a primary inducement to us to accept this Merchant Application, the undersigned Guarantor(s), by signing the Merchant Application, jointly and severally, unconditionally and irrevocably, guarantee the continuing full and faithful performance and payment by Merchant of each of its duties and obligations to us (including, without limitation, Chargebacks and obligations in connection with Leased Equipment, if applicable) pursuant to the Merchant Application and Agreement, as may be amended from time to time, with or without notice. Guarantor(s) understand further that we may proceed directly against Guarantor(s) without first exhausting our remedies against any other person or entity responsible therefore to them or any security held by us or Merchant. This guarantee will not be discharged or affected by the death of the Guarantors, will bind all heirs, administrators, representatives and assigns and may be enforced by or for the benefit of any of our successors. Guarantor(s) understand that the inducement to us to accept this Merchant Application is consideration for the guaranty and that this guaranty remains in full force and effect even if the Guarantor(s) receive no additional benefit from the guaranty. The undersigned hereby directs any consumer reporting agency to furnish a consumer credit report that relates personally to the undersigned upon the request of Elavon or any of its designees, successors or assigns and agrees that all parties involved are in compliance with the Fair Credit Reporting Act.

| | | | |
|---|---|---|---|
| Signature: Ⓧ [signature] | Printed Name: E-Castillo | SSN#: [redacted]6022 | Date: 5/2011 |
| Signature: X | Printed Name: | SSN#: | Date: |

To the best of my knowledge, I certify that the information provided in this Merchant Application was provided by the Merchant and is true, complete and accurate. I further certify that the signatures were provided by the Merchant's owner(s) or officer(s), as appropriate.

Sales Rep Signature: X [signature] Printed Name: David Hirsch Rep ID #: 22439 Date: 5/2011

Accepted by Elavon, Inc.: [signature] Date: 5-31-11

Accepted by Member: Date:

# Merchant Application

**Substitute Form W-9**

**Business Type:** ☐ Sole Proprietor ☐ Public Corp ☐ Closely Held Corp ☐ Sub S Corp ☐ Government ☐ General Partnership ☐ Limited Partnership ☐ Tax Exempt Organization (include documents that support Exempt Status) ☐ Other (Assn/Estate/Trust) ☐ Limited Liability Company – Tax Classification (D=disregarded entity, C=corporation, P=partnership): (If LLC, please indicate D, C or P)

Name* :

*Name (of business) as shown on your business income tax returns. For Sole Proprietors, this should always be the owner's name.*

| Address: | | | TIN (Employer Identification #): *or* TIN (Social Security #): |
|---|---|---|---|
| City: | State: | Zip Code: | |

**Merchant Representations and Certifications**

Merchant Representations and Certifications. By signing below, the applicant merchant ("Merchant") and its representative(s) represent and warrant to Elavon, Inc. ("Elavon" or "Member" as applicable), with offices at 7300 Chapman Highway, Knoxville, TN 37920 (collectively, "we" or "us") that (i) all information provided in this merchant application ("Merchant Application") is true and complete and properly reflects the business, financial condition, and principal partners, owners, or officers of Merchant; and (ii) the persons signing this Merchant Application are duly authorized to bind Merchant to all provisions of this Merchant Application and the Agreement. Further, by signing below, if leasing equipment, Merchant and its representative(s) agree that the Leased Equipment is subject to the terms and conditions set forth in the Terms of Service ("TOS") and have had an opportunity to review such terms. The signature by an authorized representative of Merchant on the Merchant Application, or the transmission of a Transaction Receipt or other evidence of a Transaction to us, shall be the Merchant's acceptance of and agreement to the terms and conditions contained in the Agreement including, without limitation, this Merchant Application, the TOS and the Merchant Operating Guide ("MOG") incorporated herein by this reference and located at our website at https://www.merchantconnect.com/CWRWeb/pdf/TOS_ENG.pdf and https://www.merchantconnect.com/CWRWeb/pdf/MOG_Eng.pdf, respectively. If Merchant does not have access to view the TOS or MOG at our website please contact our customer service center. Notwithstanding any such non-receipt of the TOS or MOG, Merchant agrees to comply with the Agreement, and all applicable laws, rules, and regulations including the rules and regulations of the Payment Networks, and understands that failure to comply will result in termination of processing services. Capitalized terms shall, unless otherwise defined in this Merchant Application, have the same meaning ascribed to them in the TOS and MOG.

If Merchant terminates within one year of the date set forth below, Merchant will immediately pay Elavon, as liquidated damages, an early termination fee equal to $295, in addition to all other amounts owed. If Merchant terminates at any time during the second or third year of the date set forth below, the Merchant will pay, as liquidated damages, a termination fee equal to $195, in addition to all other amounts owed. Merchant agrees that the early termination fee is not a penalty, but rather is reasonable in light of the financial harm caused by Merchant's early termination. Elavon will use best efforts to debit the Merchant's account in the amount of the applicable termination fee within sixty (60) days of receipt of Merchant's written notice of termination.

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT. To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. This means we will ask for certain information and identifying documents to allow us to identify you. Merchant and its representative(s) authorize us prior to our acceptance of this Merchant Application and from time to time thereafter, to investigate the individual and business history and background of Merchant, each such representative and any other officers, partners, proprietors, and/or owners of Merchant, and to obtain credit reports or other background investigation reports on each of them that we consider necessary to review the acceptance and continuation of this Merchant Application. Merchant also authorizes any person or credit reporting agency to compile information to answer those credit inquiries and to furnish that information to us.

This Merchant Application may be signed in one or more counterparts, each of which shall constitute an original and all of which, taken together, shall constitute one and the same Merchant Application. Delivery of executed counterparts of this Merchant Application may be accomplished by a facsimile transmission, and a signed facsimile or copy of this Merchant Application shall constitute a signed original.

Merchant understands that an authorization code is not a guarantee of acceptance or payment of a Transaction. Receipt of an authorization code does not mean that merchant will not receive a Chargeback for that Transaction.

All merchants must comply with the requirements of the Payment Card Industry Data Security Standards ("PCI DSS"). Elavon requires Level 4 merchants (determined based on Transaction volume) to validate PCI DSS compliance on an annual basis, with initial validation to occur no later than ninety (90) days after account approval. Merchant will be charged either the Annual PCI Fee or the Annual Administration Fee described below.

Annual PCI Fee of up to $175 per merchant account number, based on connectivity, number of merchant locations and then-current cost to Elavon of the services, will be charged to merchants that use the services of the qualified third party assessor with whom Elavon has partnered. Elavon will waive this fee in year one, charging the fee in subsequent years on or about the anniversary date of account approval. Annual Administration Fee of $35 will be charged to merchants that use the services of another qualified assessor and attest to PCI DSS validation on the website designated by Elavon. Any merchant that has not validated PCI DSS compliance within ninety (90) days of account approval, or in subsequent years on or before the anniversary date of account approval, will be charged a monthly non-compliance fee of $25 until Elavon is provided with validation of compliance. Merchant may be eligible for Data Breach Coverage following account approval and PCI DSS compliance validation. See the PCI Compliance Program Overview for coverage details and conditions.

If leasing equipment, Merchant agrees to pay "Lessor" an annual fee in an amount not to exceed $50.00 for the administration, billing and tracking of certain taxes and charges related to the Leased Equipment.

**Under penalties of perjury, Merchant certifies that:**

**1. The number shown on this Merchant Application is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and**

**2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and**

**3. I am a U.S. citizen or other U.S. person. For federal tax purposes, you are considered a U.S. person if you are: an individual who is a U.S. citizen, or U.S. resident alien, a partnership, corporation, company, or association created or organized in the United States or under the laws of the United States, an estate (other than a foreign estate), or a domestic trust (as defined in Regulations section 301.7701-7).***

American Express Acceptance Agreement - By signing below, I represent that I have read and am authorized to sign and submit this application for the above entity which agrees to be bound by the American Express® Card Acceptance Agreement ("AXP Agreement"), and that all information provided herein is true, complete, and accurate. I authorize Elavon and American Express Travel Related Services Company, Inc. ("AXP") and AXP's agents and Affiliates, as defined in the AXP Agreement, to verify the information in this application and receive and exchange information about me personally, including by requesting reports from consumer reporting agencies, and disclosing such information to their agent, subcontractors, Affiliates and other parties for any purpose permitted by law. I authorize and direct Elavon, AXP, AXP agents and Affiliates to inform me directly, or through the entity above, of reports about me that they have requested from consumer reporting agencies. Such information will include the name and address of the agency furnishing the report. I also authorize AXP to use the reports from consumer reporting agencies for marketing and administrative purposes. I understand that upon AXP's approval of the application, the entity will be sent a copy of the AXP Agreement and materials welcoming it, either to AXP's program for Elavon to perform services for AXP or AXP's standard Card acceptance program which has different servicing terms (e.g. different speeds of pay). I understand that if the entity does not qualify for the Elavon servicing program that the entity may be enrolled in American Express's standard Card acceptance program, and the entity may terminate the AXP Agreement. By accepting the American Express Card for the purchase of goods and/or services, or otherwise indicating its intention to be bound, the entity agrees to be bound by the AXP Agreement.

***The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

| **Signature: X** | Printed Name: | Title: | Date: |
|---|---|---|---|
| **Signature: X** | Printed Name: | Title: | Date: |

**Personal Guaranty**

As a primary inducement to us to accept this Merchant Application, the undersigned Guarantor(s), by signing the Merchant Application, jointly and severally, unconditionally and irrevocably, guarantee the continuing full and faithful performance and payment by Merchant of each of its duties and obligations to us (including, without limitation, Chargebacks and obligations in connection with Leased Equipment, if applicable) pursuant to the Merchant Application and Agreement, as may be amended from time to time, with or without notice. Guarantor(s) understand further that we may proceed directly against Guarantor(s) without first exhausting our remedies against any other person or entity responsible therefore to them or any security held by us or Merchant. This guarantee will not be discharged or affected by the death of the Guarantors, will bind all heirs, administrators, representatives and assigns and may be enforced by or for the benefit of any of our successors. Guarantor(s) understand that the inducement to us to accept this Merchant Application is consideration for the guaranty and that this guaranty remains in full force and effect even if the Guarantor(s) receive no additional benefit from the guaranty. The undersigned hereby directs any consumer reporting agency to furnish a consumer credit report that relates personally to the undersigned upon the request of Elavon or any of its designees, successors or assigns and agrees that all parties involved are in compliance with the Fair Credit Reporting Act.

| **Signature: X** | Printed Name: | SSN#: | Date: |
|---|---|---|---|
| **Signature: X** | Printed Name: | SSN#: | Date: |

**Submitted By**

To the best of my knowledge, I certify that the information provided in this Merchant Application was provided by the Merchant and is true, complete and accurate. I further certify that the signatures were provided by the Merchant's owner(s) or officer(s), as appropriate.

| **Sales Rep Signature: X** | Printed Name: | Rep ID #: | Date: |
|---|---|---|---|

**Office Use Only**

| Accepted by Elavon, Inc.: | Date: |
|---|---|
| Accepted by Member: | Date: |