CONFIDENTIAL

COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------x
ELAVON, INC.,

Plaintiff,

Civ. Case No.
7:15-CV-7985(KMK)(PED)

-against-

NORTHEAST ADVANCE TECHNOLOGIES, INC.,
SAMUEL BRACH, JOSHUA BRACH, ESTEBAN
CASTILLO, JOEL FRIEDMAN and RIVKY FRIEDMAN,

Defendants.
-------------------------------------------x

November 15, 2021
10:05 a.m.

DEPOSITION of BRIAN BOYDEN, taken pursuant to Subpoena, held via Zoom videoconference, before Ellen Rubin, a Certified Shorthand Reporter and Notary Public within and for the State of New York.

* * * *

SANDY SAUNDERS REPORTING
254 South Main Street
Suite 216
New City, New York 10956
(845) 634-7561

Does Elavon have an approach to deal with those kind of chargebacks, goods not received?

MR. GINZBURG: Separate from all other chargebacks?

MR. SILBER: Correct.

Q. I'm saying does Elavon have an approach for different chargeback categories in dealing with them as they come in?

A. No, sir, we treat them one off. Whatever the reason code is, we treat that case as that specific reason code and what we need to stick to.

Q. To how Elavon will respond to that particular chargeback regardless of what the chargeback is based on, correct?

A. Correct. They're all different.

Q. Mr. Boyden, if you could take a look at Exhibit 5 for a minute, please.

Excuse me. It's not 5. I apologize. It's not 5. I changed my exhibits on my outline after I sent them out.

So it's going to be -- hang on a minute. It's not 5.

It is 4. I'm sorry. Open up 4,