THE GINZBURG LAW FIRM. P.C.

MEMORANDUM ENDORSED

**Daniel Ginzburg**
P: (732) 284-3841
F: (732) 702-6107
daniel@ginzburglawfirm.com
Admitted to NJ and NY Bars

April 3, 2023

**VIA ELECTRONIC FILING**
Hon. Kenneth M. Karas, U.S.D.J.
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building
300 Quarropas Street
White Plains, NY 10601-4150

> **Re:** *Elavon, Inc. v. Northeast Advance Techs., Inc., et al.*
> **Civil Action No. 7:15-cv-7985-KMK-PED**

Dear Judge Karas:

My firm represents plaintiff Elavon, Inc. in the above-referenced action. Following up on the Court's decision on the defendants' motions for summary judgment, I write to request that the Court extend Elavon's time to move for reargument from April 13, 2023, as required by Local Civil Rule 6.3, to May 5, 2023.

Having reviewed the Court's decision on the summary judgment motions (ECF No. 595), Elavon wishes to make a very limited motion for reargument on one or two discrete points. However, I am leaving on a family vacation on April 5, 2023, and am due to file opposition to a dispositive motion in the case of *Stanislaw v. Thetford Township* (E.D. Mich.) on that same date. Therefore, I will be unable to file the motion for reargument before my departure.

I am returning to the office on April 17, 2023, but have a jury trial scheduled in the matter of *Pellegrino v. Century Pools* (N.J. State Court) beginning on April 24, 2023, and which will probably last that entire week. Therefore, I respectfully request the Court's leave to file the motion for reargument by May 5, 2023. The Court may address the motion during the May 10, 2023 conference in this action.

On March 31, 2023, I sought consent from opposing counsel for the relief requested herein. However, I have not heard back from Messrs. Yurowitz and Landrigan as of this evening, and wanted to file this motion before my departure.

**The Ginzburg Law Firm, P.C.**
Mailing Address
200 VILLAGE CENTER DRIVE, UNIT 7045
FREEHOLD, NEW JERSEY 07728



THE GINZBURG LAW FIRM, P.C.

My client and I thank the Court for its consideration of this matter.

Granted.

So Ordered.

4/4/23

Respectfully submitted,

*/s/ Daniel Ginzburg*

Daniel Ginzburg

Cc:     All Counsel of Record (via ECF)

The Ginzburg Law Firm, P.C.
Mailing Address
200 VILLAGE CENTER DRIVE, UNIT 7045
FREEHOLD, NEW JERSEY 07728