Case 7:15-cv-07985-KMK   Document 609   Filed 11/27/23   Page 1 of 1



THE GINZBURG LAW FIRM, P.C.

**Daniel Ginzburg**
P: (732) 284-3841
F: (732) 702-6107
daniel@ginzburglawfirm.com
Admitted to NJ and NY Bars

November 27, 2023

**VIA ELECTRONIC FILING**
Hon. Kenneth M. Karas, U.S.D.J.
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building
300 Quarropas Street
White Plains, NY 10601-4150

      Re:    *Elavon, Inc. v. Northeast Advance Techs., Inc., et al.*
                **Civil Action No. 7:15-cv-7985-KMK-PED**

Dear Judge Karas:

      My firm represents plaintiff Elavon, Inc. in the above-referenced action. I write to request that the Court adjourn the December 6, 2023 telephone conference in this matter. The reason for this application is that I will be out of the country on that date and returning on December 15, 2023. This is the first request for an adjournment with respect to this conference. I have reached out to defendants' counsel to obtain his consent but have not been able to speak with him, and wanted to file this application because the scheduled conference is impending.

      My client and I thank the Court for its consideration of this matter.

Granted. The conference is adjourned to 12/18/23, at 10:00 via tele conference. So Ordered.
11/28/23

Respectfully submitted,

*/s/ Daniel Ginzburg*

Daniel Ginzburg

Cc:    All Counsel of Record (via ECF)

**The Ginzburg Law Firm, P.C.**
Mailing Address
200 VILLAGE CENTER DRIVE, UNIT 7045
FREEHOLD, NEW JERSEY 07728