IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| ELAVON ~~EXXXON~~, INC.<br><br>Plaintiff,<br><br>v.<br><br>NORTHEAST ADVANCE TECHNOLOGIES, INC., et al.<br><br>Defendant. | : : : : : : : : : : : : : | CIVIL ACTION<br><br>7:15-cv-07985-KMK |

## ORDER GRANTING COHEN, LABARBERA & LANDRIGAN'S MOTION TO WITHDRAW AS COUNSEL

UPON READING AND FILING the annexed Declaration of Thomas C. Landrigan, Esq. dated August 23, 2024, and Memorandum of Law dated August 23, 2024, and upon all of the pleadings and proceedings heretofore had herein, and proof of service of the same been duly filed with this Court; ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ IT IS HEREBY

ORDERED that the motion is granted in its entirety; and it is further

ORDERED that Cohen, LaBarbera & Landrigan, LLP and its attorneys are hereby relieved as counsel for Northeast Advance Technologies, Inc., Esteban Castillo, Samuel Brach and Joshua Brach.

ORDERED that any and all proceedings in this matter are hereby stayed for a period of no more ~~x~~~~less~~ than ___60___ days from entry of this order to allow the above-stated Defendants time to retain substitute counsel (or appear *pro se*).

ENTER:

_____
KENNETH M. KARAS, United
States District Judge
9/20/24