UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

Elavon, Inc.,

            Plaintiff(s),            15 Civ. 07985 (KMK)

    -against-

Northeast Advance Technologies Inc. et al.,    CALENDAR NOTICE

            Defendant(s).
_____x

    Please take notice that the above captioned action has been scheduled for jury selection and trial before Judge Kenneth M. Karas on Monday, June 16, 2025 at 9:30 a.m. in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Dated: April 9, 2025
       White Plains, New York

                                              So Ordered

                                              Kenneth N. Karas, U.S.D.J