UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

Elavon, Inc.,

            Plaintiff(s),　　　　　　　　15 Civ. 07985 (KMK)

  -against-

                                                  AMENDED

Northeast Advance Technologies Inc. et al.,　　CALENDAR NOTICE

           Defendant(s).
---------------------------------------------------------------x

      Please take notice that the above captioned action has been scheduled for jury selection and trial before Judge Kenneth M. Karas on Monday, July 14, 2025 at 9:30 a.m. in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Dated: April 10, 2025
       White Plains, New York

                                                So Ordered

                                                Kenneth N. Karas, U.S.D.J