**ABRAMS | FENSTERMAN, LLP**
ATTORNEYS AT LAW

Brooklyn
1 MetroTech Center, Suite 1701
Brooklyn, NY 11201
718.215.5300 | P

Long Island · Brooklyn · White Plains · Rochester · Albany

**Nicholas A. Norden, Associate**
nnorden@abramslaw.com

May 19, 2025

**VIA ECF**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

MEMO ENDORSED

      RE:    *Elavon, Inc. v v. Northeast Advance Techs. et. al*
                7:15-cv-07985-KMK Elavon, Inc. v. Northeast Advance Technologies Inc. et al

Dear Judge Karas:

      We represent Defendants in the above-referene matter, and write concerning the Court's pretrial scheduling order, dated May 5, 2025 (ECF No. 640). Specifically, we write to request that the current May 30, 2025 deadline for motions in limine be adjourned by two weeks, to June 13, 2025, while keeping all other deadlines—including the June 27, 2025 deadline for opposition papers—unchanged.

      This request is made in light of the parties' ongoing efforts to potentially resolve this matter without the need for trial. Although settlement discussions are proceeding, the parties understand and respect the Court's desire to proceed with the existing schedule given the amount of time that this action has been pending. For that reason, we are not requesting an adjounrment of the the trial date or any other pretrial deadlines, but only request limited breathing room on the opening motion in limine submissions to accommodate current discussions and preserve resources if possible.

      This is Defendants' first request for this relief. Counsel for Plaintiff consents to this request. We thank the Court for its consideration and are available to answer any questions it may have.

Granted.
So Ordered.
*[signature]*
5/19/25

Respectfully submitted,

*/s Nicholas A. Norden*

Nicholas A. Norden

cc: Counsel of Record (via ECF)

1