

THE GINZBURG LAW FIRM, P.C.

**Daniel Ginzburg**
P: (732) 284-3841
F: (732) 702-6107
daniel@ginzburglawfirm.com
Admitted to NJ and NY Bars

July 7, 2025

**VIA ELECTRONIC FILING**
Hon. Kenneth M. Karas, U.S.D.J.
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building
300 Quarropas Street
White Plains, NY 10601-4150

   Re: *Elavon, Inc. v. Northeast Advance Techs., Inc., et al.*
     **Civil Action No. 7:15-cv-7985-KMK-PED**

Dear Judge Karas:

  My firm represents plaintiff Elavon, Inc. in the above-referenced action. I write jointly with Amy Marion, Esq., counsel to defendants Samuel Brach, Joshua Brach, Esteban Castillo, Northeast Advanced Technologies, Inc. and D Tech, Inc.

  We have received the Court's Order issued on this date, directing that a stipulation of dismissal be filed today. (ECF No. 644). However, although the settlement is concluded, the parties will not have an opportunity to sign the settlement agreement or exchange consideration until this Friday, July 11, 2025. Accordingly, we respectfully request that the Court permit counsel to file the stipulation of dismissal no later than Monday, July 14, 2025.

  Clients and counsel thank the Court for its consideration.

Granted.

So Ordered
7/7/25

Respectfully submitted,

*/s/ Daniel Ginzburg*

Daniel Ginzburg

Cc: All Counsel of Record (via ECF)

The Ginzburg Law Firm, P.C.
Mailing Address
200 VILLAGE CENTER DRIVE, UNIT 7045
FREEHOLD, NEW JERSEY 07728